# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:    Case No.: **23–12890 – DER**    Chapter: **7**

**Deborah Staudt**
Debtor

## NOTICE OF DEADLINE FOR FILING MISSING DOCUMENT

| | |
|---|---|
| DOCUMENT: | **Voluntary Petition** |
| PROBLEM: | **The following pleadings are missing.** |
| CURE: | **All of these pleadings must be filed by the date shown below.** |
| | **Credit Counseling Certificate due 05/11/2023** |
| CONSEQUENCE: | **If the problem is not cured by the date below, YOUR CASE WILL BE DISMISSED WITHOUT A HEARING.** |
| This notice is issued pursuant to: | **11 U.S.C. § 521**  **Federal Rule of Bankruptcy Procedure 1007** |

**All deficiencies must be cured by 5/11/23.**

**Additional information for non−attorney filers is available at
http://www.mdb.uscourts.gov/content/no−attorney**

Dated: 4/28/23

Mark A. Neal, Clerk of Court
by Deputy Clerk, Yvette Oliver
410−962−4424

cc:  Debtor
     Attorney for Debtor – Brian A. Cavanaugh

Form ntcddl (03/05)