United States Bankruptcy Court
District of Maryland

In re:                                                                                                    Case No. 23-12890-DER
Deborah Staudt                                                                                    Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0416-1   User: admin   Page 1 of 5
Date Rcvd: Apr 28, 2023   Form ID: 309A   Total Noticed: 179

The following symbols are used throughout this certificate:
**Symbol    Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#   Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

##  Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 30, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Deborah Staudt, 8510 Sandy Plains Road, Dundalk, MD 21222-5617 |
| 32243535 | + | Adam Kelly, 212 S. Wolfe Street, Baltimore, MD 21231-2621 |
| 32243534 | + | Adam and Tabitha Lipinski, 2331 Searles Road, Dundalk, MD 21222-3218 |
| 32243536 | + | Alex Hershaft, 438 E Patapsco Avenue, Brooklyn, MD 21225-1848 |
| 32243537 | + | Alfred Jones and Mattie Miles, 2408 W. Baltimore Street, Baltimore, MD 21223-2133 |
| 32243538 | + | Alicia Flannery Pikerton, 7925 Kavanagh Road, Dundalk, MD 21222-4713 |
| 32243539 | + | Alicia Kelly, 8123 Gray Haven Road, Dundalk, MD 21222-3449 |
| 32243541 | + | Andy Doan, 108 Patapsco Avenue, Dundalk, MD 21222-4247 |
| 32243542 | #+ | Anne and Victor Mowrey, 2401 Sparrows Point Road, Sparrows Point, MD 21219-1711 |
| 32243543 | + | BGE Home, PO Box 13070, Philadelphia, PA 19101-3070 |
| 32243544 | + | Bionetha Cole, 1750 Crystal Avenue, Baltimore, MD 21213 |
| 32243545 | + | Bobbi Pierce and Robert Pierce Jr., 2531 Woodwell Road, Dundalk, MD 21222-2337 |
| 32243546 | + | Brenda Warner, 2222 Redthorne Road, Middle River, MD 21220-4831 |
| 32243547 | + | Broward Neurosurgeons LLC, PO Box 740776, Cincinnati, OH 45274-0776 |
| 32243548 | + | Calvin Wiley, 811 N Marlyn Ave, Essex, MD 21221-2123 |
| 32243549 | + | Camden County Fire Rescue, PO Box 9150, Paducah, KY 42002-9150 |
| 32243550 | | Caressa Gibson, 5004 Honeygo center Drive, Suite 102, Curtis Bay, MD 21226 |
| 32243551 | + | Carin Smith, 8013 E. Baltimore Street, Baltimore, MD 21224-2012 |
| 32243552 | + | Catherine Sansone, 1733 Lancaster Street #3, Baltimore, MD 21231-3412 |
| 32243553 | + | Charlene Evans, 16 Warren Road, Essex, MD 21221-6930 |
| 32243554 | + | Chris & Shari Zakielarz, 2903 Dunglow Road, Baltimore, MD 21222-5109 |
| 32243555 | + | Chris Brown, 640 Kingston Road, Middle River, MD 21220-4908 |
| 32243556 | + | Ciarra Goodall and Lisa Carroll, 4755 Homesdale Ave, Baltimore, MD 21206-6823 |
| 32243557 | + | City of Baltimore Metered Water, PO Box 17535, Baltimore, MD 21297-1535 |
| 32243558 | + | Claretta Elliot, 7515 Holabird Ave, Dundalk, MD 21222-2103 |
| 32243560 | + | Dana, Jason & Shaw Park, 104 S. Chapel Street, Baltimore, MD 21231-1905 |
| 32243561 | + | Deneen Jackson, 1915 Larkhall Road, Dundalk, MD 21222-5633 |
| 32243562 | + | Department of Public Works, Public Works/Revenue Collections, PO Box 17535, Baltimore, MD 21297-1535 |
| 32243563 | + | Donnell Gilbert, 147 Siegwart Lane, Baltimore, MD 21229-3833 |
| 32243564 | + | Dorothy Stout, 8123 Gray Haven Road, Dundalk, MD 21222-3449 |
| 32243565 | + | Ellen Carter, 7300 north Point Road, Sparrows Point, MD 21219-1365 |
| 32243567 | + | Enner Alonso and Molses Garcia, 7932 Kavanagh Road, Dundalk, MD 21222-4712 |
| 32243568 | + | Enner Alonzo, 3419 Dunran Road, Dundalk, MD 21222-5947 |
| 32243569 | + | Equity Trust Company / George J. Fair, 2403 Sparrows Point Road, Sparrows Point, MD 21219-1711 |
| 32243570 | + | Equity Trust Company / Kathryn Fair, 2403 Sparrows Point Road, Sparrows Point, MD 21219-1711 |
| 32243571 | + | Eroc and Adriana Cheeks, 2073 Jasmine Road, Dundalk, MD 21222-5637 |
| 32243572 | + | Evision Physician Services, PO Box 3369, Indianapolis, IN 46206-3369 |
| 32243573 | | Express Care, 4009 North Point Blvd, Dundalk, MD 21222 |
| 32243574 | + | Florida United Radiology, PO Box 3369, Indianapolis, IN 46206-3369 |
| 32243575 | + | George Fair, 2825 Ashland Avenue, Baltimore, MD 21205-1737 |
| 32243576 | + | Georgia Mc Candish and Jamie Grace Alexander, 800 Homestead Street, Baltimore, MD 21218-3535 |
| 32243578 | + | Harold Washington, 2999 Yorkway, Dundalk, MD 21222-5357 |

```
32243579        +  Heather and Sonny Godsay, 1904 Jasmine Road, Dundalk, MD 21222-5619
32243580        +  Home Depot, PO Box 790420, Saint Louis, MO 63179-0420
32243581        +  J.D. Evans, 200 1/2 S. Patterson PArk Avenue, Baltimore, MD 21231-2123
32243582        +  James C. Frank, 640 Kingston Road, Middle River, MD 21220-4908
32243583           Jem Consulting LLC, 7406 Bayfront Road, Rosedale, MD 21237
32243584        +  Jennifer and Raymond DeBarge, 1943 Haselmere Road, Dundalk, MD 21222-4754
32243585        +  Jerry Bloyer JR>, 2504 Liberty Parkway, Dundalk, MD 21222-3951
32243586        +  Jerry Bloyer Sr., 2504 Liberty Parkway, Dundalk, MD 21222-3951
32243587        +  Jim Evers, 7716 Eastdale Road, Baltimore, MD 21224-2013
32243588        +  Joe Vans and Sherri Odonnell, 1917 Gough Street, Baltimore, MD 21231-2639
32243589        +  Joelle Bastien, 4733 Alhambra Avenue, Baltimore, MD 21212-4602
32243590        +  John & Kimberly Gelse, 1963 Inverton Road, Dundalk, MD 21222-4756
32243591        +  John Debere Swooley, 800 Hamstead Street, Baltimore, MD 21218-3535
32243592        +  John Sutt, 2402 Sparrows Point Road, Sparrows Point, MD 21219-1712
32243593        +  Josefina Cabarea, 8428 Kavanagh Road, Dundalk, MD 21222-5625
32243594        +  Joseph Blouin, 5413 Whitlock Road, Sparrows Point, MD 21229-1021
32243595        +  Joseph Kropfeld, 1733 Lancaster Street, Baltimore, MD 21231-3412
32243596           Joshua Baker, 7828 Lang Street 2, Dundalk, MD 21222
32243597        +  Joyce Toatley, 116 Sollers Point Road, Dundalk, MD 21222-6134
32243598        +  K Miller Properties LLC, 2613 Kentucky Avenue, Baltimore, MD 21213-1108
32243599        +  Kaptin Koontz, 2777 The Alameda, Baltimore, MD 21218-4921
32243600        +  Karen Thomas, 2687 Dulany Street, Baltimore, MD 21223-2833
32243601        +  Kathleen Hines, 7515 Holabird Avenue, Dundalk, MD 21222-2103
32243602        +  Keith White and Tiairra Rice, 5413 Whitlock Road, Baltimore, MD 21229-1021
32243603        +  Kelly Williams, 6826 Dunbar Road, Dundalk, MD 21222-5906
32243604        +  Kenneth Cleaver Jr., 1733 Lancaster Street, Baltimore, MD 21231-3412
32243605        +  Kevin Jenkins, 1009 Elton Ave #2, Baltimore, MD 21224-3358
32243606        +  Khang Doan, 4755 Homesdale Ave, Baltimore, MD 21206-6823
32243607        +  Kim Williams and Brittanie Veney, 3307 Dundalk Ave, Dundalk, MD 21222-5912
32243608        +  Kimberly Bisson, 6803 Bessemer Ave, Dundalk, MD 21222-1115
32243609        +  Kimberly Neighoff and Roger Russell, 1704 Melbourne, Dundalk, MD 21222-4821
32243610           Kyle Fuerst and Matthew Goedeke, 104 Chapel Street, Baltimore, MD 21231
32243611        +  Lanwood Trauma Surgeons, po bOX 740776, Cincinnati, OH 45274-0776
32243612        +  Latrice Holmes, 215 N Curley Street, Baltimore, MD 21224-1302
32243613        +  Laura Mazel, 837 Park Ave, Baltimore, MD 21201-4891
32243614        +  Lauren, 8434 Kavanagh Road, Dundalk, MD 21222-5625
32243615        +  Lauren Lewis, 1705 Crystsl Ave, Baltimore, MD 21213-3104
32243616        +  Laurie Zyna, 28 Pickersgrill Square, Owings Mills, MD 21117-4511
32243617        +  Lavina Anderson, 2504 Liberty Pkwy, Dundalk, MD 21222-3951
32243618        +  Lee Martin and Stewart Thorton, 1926 Codd Ave, Dundalk, MD 21222-4706
32243619        +  Linda Corwin, 1935 Stanhope Road, Dundalk, MD 21222-4625
32243620        +  Lydia Haroun, 20 Gunfalls Garth, Nottingham, MD 21236-4849
32243632        +  MB Properties Myers Benton LLC, 826 E. 33rd Street #2, Baltimore, MD 21218-3681
32243621        +  Maplewood Properties LLC, 2610 Liberty Parkway, Dundalk, MD 21222-4411
32243622        +  Marcus Brown, 817 Lolan Ave, Dundalk, MD 21222-1340
32243623        +  Mario & Fumika Urrutia, 1313 E Madison Street, Baltimore, MD 21205-1412
32243624        +  Mark Walker, 33 Holcumb Court, Middle River, MD 21220-3637
32243625        +  Marlane Wilford, 2211 Firethorn Road, Middle River, MD 21220-4808
32243626        +  Marliz Caraballo, 1443 Broening Hywy, Baltimore, MD 21224-5532
32243627        +  Martina Reid, 219 Baltimore Ave, Dundalk, MD 21222-4206
32243628        +  Mary Clare Williams, 34 Portship Road, Dundalk, MD 21222-3854
32243629        +  Mary Downeys, 3406 Mary Ave, Baltimore, MD 21214-2024
32243630        +  Maryland Department of the Envirnmoent, PO Box 23660, Baltimore, MD 21203-5660
32243631        +  Mauriac Alapini and Aaron Bell, 616 E. 29th Street, Baltimore, MD 21218-4226
32243634        +  Micaela Algner-Jacobs, 1463 Kent Road, Essex, MD 21221-6026
32243635        +  Michael Moody, 3327 Batterton Circle, Abingdon, MD 21009-2510
32243636        +  Michael & JoAnne Grul, 3122 Freestone Court, Abingdon, MD 21009-3090
32243637        +  Michael Becker, 200 Detroit Avenue, Dundalk, MD 21222-4240
32243638        +  Michael Callis, 1009 Elton Ave #1, Baltimore, MD 21224-3358
32243639        +  Michael Carter, 3037 McElderry Street, Baltimore, MD 21205-2755
32243640        +  Michael Gethers and Shanell Kearney, 2154 Firethorn Road, Middle River, MD 21220-4807
32243641        +  Michael Lazzaro, 2525 S. Snyder Ave, Sparrows Point, MD 21219-1833
32243643        +  Michelle Blimlime, 1313 E. Madison Street, Baltimore, MD 21205-1412
```

| | | |
|---|---|---|
| District/off: 0416-1 | User: admin | Page 3 of 5 |
| Date Rcvd: Apr 28, 2023 | Form ID: 309A | Total Noticed: 179 |

| | | |
|---|---|---|
| 32243644 | + | Mike Brown, 1702 Crystal Ave, Baltimore, MD 21213-3105 |
| 32243645 | + | Nakia Simmons, 1102 Foxwood Lane, Dundalk, MD 21221-5933 |
| 32243647 | + | Nick Norellli, 516 N Robinson Street, Baltimore, MD 21205-2842 |
| 32243648 | | Noha Porperties, 1510 & 1516 Ramsay Street, Baltimore, MD 21223 |
| 32243649 | + | Old- Golf Street LLC, 5 Longwood Road, Baltimore, MD 21210-2117 |
| 32243650 | + | Papy Abibayabota, 8829 Punnsbury Place, Rosedale, MD 21237-3922 |
| 32243651 | + | Patricia Parkis, 2466 Keway, Dundalk, MD 21222-3806 |
| 32243652 | | Patrick Gaines, 7828 Lang Street 1, Dundalk, MD 21222 |
| 32243653 | + | Paul Smith, 8613 Quentin Ave #A, Parkville, MD 21234-3830 |
| 32243654 | | Pitney Bowes, PO Box 981026, Boston, MA 02298-1026 |
| 32243655 | | Quality Pathology Group Inc., PO Box 63069, Pacific, MO 63069 |
| 32243658 | + | Rajesh Chopra, 1707 Homestead Street, Baltimore, MD 21218-4940 |
| 32243659 | + | Ratyshia Copeland, 7925 Kavanagh Road, Dundalk, MD 21222-4713 |
| 32243660 | + | Red Brick Properties, 1734 Red Oak Road, Parkville, MD 21234-3708 |
| 32243661 | + | Respectable Management Property, 8510 Sandy Plains Road, Dundalk, MD 21222-5617 |
| 32243662 | + | Rhonda Holley, 9402 Windpipe Road, Middle River, MD 21220-2415 |
| 32243663 | + | Richard Kanda, 2610 Liberty Pkywy, Dundalk, MD 21222-4411 |
| 32243664 | + | Richard Ygleslas, 2403 #R Sparrows Point Road, Sparrows Point, MD 21219-1711 |
| 32243665 | + | Robert Bloyer, 2919 Liberty Parkway, Dundalk, MD 21222-5203 |
| 32243666 | + | Robert, Mary & Ciare Williams, 6605 O'Donnell Street, Baltimore, MD 21224-3064 |
| 32243667 | + | Robin Hodge, 775 N Grantley Road, Baltimore, MD 21229-2032 |
| 32243668 | + | Ruben Muriel and Laysa Santana, 2471 Fairway, Dundalk, MD 21222-3805 |
| 32243669 | + | Rubin Saroukhanian, 28 Allegheny Road, Towson, MD 21204-3909 |
| 32243670 | + | Ruth Boyette, 1935 Stanhope Road, Dundalk, MD 21222-4625 |
| 32243671 | + | Sean Doan, 8613 Quentin Avenue, Parkville, MD 21234-3830 |
| 32243672 | + | Selina Su, 1917 Gough Street A-2, Baltimore, MD 21231-2639 |
| 32243673 | + | Seth Deepak M.D., 207 Wise Avenue, Dundalk, MD 21222-4911 |
| 32243674 | + | Shaerman Murry, Angela Carmichael and Rodney, 715 Melville Ave, Baltimore, MD 21218-2554 |
| 32243675 | + | Sharnice Hughes, 2609 N. Hilton, Baltimore, MD 21216-1925 |
| 32243676 | + | Sheilia Vazquez, 1704 Melbourne Road, Dundalk, MD 21222-4821 |
| 32243677 | + | Skip and Lorraine Hayes, 3419 Dunran Road, Dundalk, MD 21222-5947 |
| 32243678 | + | Southeast Georgia Health System, PO Box 161028, Atlanta, GA 30321-1028 |
| 32243679 | + | Stacy Cassavaugh, Diana Beecher and Keith Reg, 2075 Larkhall Road, Dundalk, MD 21222-5606 |
| 32243680 | + | Stephen T. Youniss, 19 Fontana Ln, Rosedale, MD 21237-4613 |
| 32243681 | + | Sybil Manning, 3222 Auchentoroly Terrace, Baltimore, MD 21217-1949 |
| 32243685 | + | Theresa Adams, 1917 Gough Street B-2, Baltimore, MD 21231-2639 |
| 32243686 | + | Theresa Reyes, 2714 E Madison Street, Baltimore, MD 21205-1726 |
| 32243687 | + | Thomas and Crystal Taylor, 1751 Hilltop Ave, Essex, MD 21221-3038 |
| 32243688 | + | Tony Locastro Family Realty, 2408 W. baltimore Street, Baltimore, MD 21223-2133 |
| 32243689 | + | Towanna Decator, 4222 Berger Ave, Baltimore, MD 21206-3647 |
| 32243690 | + | Troy Young, 66 S. Hawthorne Road, Middle River, MD 21220-4837 |
| 32243694 | + | Vacant, 108 Patapsco Ave, Dundalk, MD 21222-4247 |
| 32243696 | + | Vacant, 1917 Gough Street A-1, Baltimore, MD 21231-2639 |
| 32243695 | + | Vacant, 1917 Gough Street B-1, Baltimore, MD 21231-2639 |
| 32243692 | + | Vacant, 1504 Chilworth Ave, Middle River, MD 21220-3610 |
| 32243697 | + | Vacant, 336 Grovethorn Road, Middle River, MD 21220-4801 |
| 32243693 | + | Vacant, 2601 E monument Street, 2nd floor, Baltimore, MD 21205-2616 |
| 32243698 | + | Valene Ahmed and Michelle DeVincentz, 54 Whittshire Road, Essex, MD 21221-6932 |
| 32243699 | + | Van Doan, 8829 pennsbury, Rosedale, MD 21237-3922 |
| 32243700 | + | Vanzant Group, 2712 Sparrows Point - Storage, Sparrows Point, MD 21219-1343 |
| 32243701 | + | Viacheslav, 2520 Sycamore Ave, Sparrows Point, MD 21219-1340 |
| 32243702 | + | Victoria Beasley, 420 Chestnut Court, Dundalk, MD 21222-6153 |
| 32243705 | + | Wilder Castillo, Vilma Chavez and Dorlian Cas, 8052 Kimberly Road, Dundalk, MD 21222-2601 |
| 32243706 | + | Willaim Ray, 8 Chadford Court, Middle River, MD 21220-3653 |
| 32243707 | + | William Coles, 146 Carver Road, Dundalk, MD 21222-6201 |
| 32243708 | + | William Hillard, 2466 Keyway, Dundalk, MD 21222-3806 |
| 32243709 | + | William Wilson, 616 E. 29th Street, Baltimore, MD 21218-4226 |

TOTAL: 162

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| District/off: 0416-1 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Apr 28, 2023 | Form ID: 309A | Total Noticed: 179 |

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: brian.cavanaughlaw@gmail.com | Apr 28 2023 19:15:00 | Brian A. Cavanaugh, Law Office Of Brian A. Cavanaugh, 25 Shipping Place, Baltimore, MD 21222 |
| tr | + EDI: BMFISHER | Apr 28 2023 23:09:00 | Morgan W. Fisher, Law Offices of Morgan Fisher LLC, 18 West St, Annapolis, MD 21401-2421 |
| 32244249 | Email/Text: bankruptcy@baltimorecountymd.gov | Apr 28 2023 19:15:00 | Deputy County Attorney, Baltimore County Office of Law, 400 Washington Avenue, 2nd Floor, Towson, MD 21204 |
| 32244246 | Email/Text: Bankruptcymail@marylandtaxes.gov | Apr 28 2023 19:15:00 | Comptroller of the Treasury, Compliance Division, Room 409, 301 W. Preston Street, Baltimore, MD 21201 |
| 32243559 | + Email/Text: bankruptcy@credencerm.com | Apr 28 2023 19:16:00 | Credence Resource Management, LLC, PO Box 2090, Southgate, MI 48195-4090 |
| 32243566 | + Email/Text: PBA_Legal@duvasawko.com | Apr 28 2023 19:16:05 | Emergency Resources Group, PO Box 11349, Daytona Beach, FL 32120-1349 |
| 32243577 | + Email/Text: tdillon@gulfcoastcollection.com | Apr 28 2023 19:16:00 | Gulf Coast Collection Bureau Inc., PO Box 21239, Sarasota, FL 34276-4239 |
| 32243633 | + EDI: PARALONMEDCREDT | Apr 28 2023 23:09:00 | Medicredit, PO Box 505600, Saint Louis, MO 63150-5600 |
| 32243656 | + Email/Text: BankruptcyMail@questdiagnostics.com | Apr 28 2023 19:16:00 | Quest Diagnostics, PO Box 740880, Cincinnati, OH 45274-0880 |
| 32243657 | + Email/Text: ngisupport@radiusgs.com | Apr 28 2023 19:15:00 | Radius Global Solutions, PO Box 390915, Minneapolis, MN 55439-0911 |
| 32243682 | + EDI: RMSC.COM | Apr 28 2023 23:09:00 | SYNCB/JCP, PO Box 965005, Orlando, FL 32896-5005 |
| 32243683 | + EDI: RMSC.COM | Apr 28 2023 23:09:00 | SYNCB/Score Rewards, PO Box 960012, Orlando, FL 32896-0012 |
| 32244248 | + Email/Text: UIBankruptcyNotices.DLLR@maryland.gov | Apr 28 2023 19:16:00 | State of Maryland DLLR, Division of Unemployment Insurance, 1100 N. Eutaw Street, Room 401, Baltimore, MD 21201-2226 |
| 32244247 | + Email/Text: Bankruptcy_group@baltimorecity.gov | Apr 28 2023 19:15:00 | Supervisor of Delin. Accts., Abel Wolman Municipal Building, 200 Holliday Street- Room #1 Bankruptcy, Baltimore, MD 21202-3635 |
| 32243703 | + EDI: WFFC2 | Apr 28 2023 23:09:00 | Wells Fargo Bank NA, P.O Box 6995, Portland, OR 97228-6995 |
| 32243704 | + EDI: WFFC2 | Apr 28 2023 23:09:00 | Wells Fargo Card Services, PO Box 14517, Des Moines, IA 50306-3517 |
| 32243684 | + EDI: RMSC.COM | Apr 28 2023 23:09:00 | syncb/scorerewards, PO Box 965005, Orlando, FL 32896-5005 |

TOTAL: 17

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 32243540 | ##+ | Alikia Shabazz, 146 Carver Road, Dundalk, MD 21222-6201 |
| 32243642 | ##+ | Michael Pettit, 7714 Bayfront Road, Apt. B and Apt A, Sparrows Point, MD 21219-2202 |
| 32243646 | ##+ | Natalie Fava and Sarah Zuck, 7716 Eastdale Road, Baltimore, MD 21224-2013 |
| 32243691 | ##+ | Tyrell and Shalinda Payne, 1126 Wedgewood Road, Baltimore, MD 21229-1147 |

TOTAL: 0 Undeliverable, 0 Duplicate, 4 Out of date forwarding address

| | | |
|---|---|---|
| District/off: 0416-1 | User: admin | Page 5 of 5 |
| Date Rcvd: Apr 28, 2023 | Form ID: 309A | Total Noticed: 179 |

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 30, 2023       Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 27, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian A. Cavanaugh | brian.cavanaughlaw@gmail.com  lawofficebrian@netzero.net |
| Morgan W. Fisher | trustee@morganfisherlaw.com  MD65@ecfcbis.com,fisher@premierremote.com |

TOTAL: 2

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Deborah Staudt<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–7511<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **District of Maryland** | | Date case case filed for chapter  **7**   **4/27/23** |
| Case number:   **23–12890 DER**   Chapter:   **7** | | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  https://pacer.uscourts.gov)..

**The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. Visit http://www.mdb.uscourts.gov and click on Filing Without An Attorney for additional resources and information.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Deborah Staudt | |
| 2. | **All other names used in the last 8 years** | dba Respectable Property Management | |
| 3. | **Address** | 8510 Sandy Plains Road<br>Dundalk, MD 21222 | |
| 4. | **Debtor's attorney**<br>Name and address | Brian A. Cavanaugh<br>Law Office Of Brian A. Cavanaugh<br>25 Shipping Place<br>Baltimore, MD 21222 | Contact phone (410) 285–0022<br>Email:<br>brian.cavanaughlaw@gmail.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Morgan W. Fisher<br>Law Offices of Morgan Fisher LLC<br>18 West St<br>Annapolis, MD 21401 | Contact phone 410–626–6111<br>Email:  trustee@morganfisherlaw.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page 1

| Debtor **Deborah Staudt** | | Case number **23–12890** |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | Baltimore Division<br>101 West Lombard Street, Ste. 8530<br>Baltimore, MD 21201<br><br>Clerk of the Bankruptcy Court:<br>Mark A. Neal | Hours open:<br>8:45 – 4:00 PM<br><br>Contact phone (410) 962–2688<br><br>Date: 4/28/23 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **June 2, 2023 at 09:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**See https://go.usa.gov/xeHZq or contact the case trustee listed in box 5 of this notice.** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 8/1/23** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |
| **13. Debtor electronic bankruptcy noticing** | The U.S. Bankruptcy Court for the District of Maryland offers all parties the ability to receive court notices and orders via email, instead of U.S. mail. To participate, debtors must complete and file a DeBN request form with the Court –– additional information is available under Programs & Services at http://www.mdb.uscourts.gov. Other parties (non–debtors) can register at ebn.uscourts.gov. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page **2**