IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| IN RE | * | Case No. 23-12890 |
| DEBORAH STAUDT | * | Chapter 7 |
| Debtor | * | |
| * * * * * * * | * * * * * * * | |
| KIMBERLY BISSON | * | |
| Movant | * | |
| vs. | * | |
| DEBORAH STAUDT | * | |
| and | * | |
| MORGAN W. FISHER, Trustee | * | |
| Respondent(s) | * | |
| * * * * * * * | * * * * * * * | |

## MOTION FOR RELIEF FROM AUTOMATIC STAY

KIMBERLY BISSON, Movant, by his undersigned attorneys, moves for relief from the automatic stay to permit her to liquidate in state court her claims for fraud and intentional torts against the Debtor. As grounds therefore, the Movant alleges as follows:

On or about April 27, 2023, the Debtor filed a petition for relief under Chapter 7 of the Bankruptcy Code in this Court.

3. On April 3, 2023, a date prior to the filing of the bankruptcy petition, pursuant to the three (3) various

amended complaints, attached as Exhibits 1, 2 and 3, the Debtor allegedly engaged in intentional and fraudulent acts non-dischargeable, pursuant to attached complaints. Exhibits 1, 2 and 3, respectively. None of the aforementioned cases have, as yet, gone to judgment. In all three (3) cases, as further detailed in Exhibits 1, 2 and 3, the Debtor engaged in allegedly intentional, fraudulent and malicious acts to deprive the Movant of rent money, in an amount in excess of $7,000.00; to intentionally, fraudulently and maliciously hide, destroy or keep personal property of the Movant; and as a ruse to intentionally, fraudulently and maliciously file suit against the Movant, thereby abusing process and the legal system to do so. As a result of the Debtor's alleged intentional, fraudulent and malicious acts, the Movant suffered both bodily and pecuniary injury and damages. The Movant seeks both compensatory and exemplary damages against the Debtor.

4. As a consequence, the Movant is a creditor of the bankruptcy estate, although the Movant's claim is unliquidated. The Movant seeks to have these alleged debts declared non-dischargeable, and, if successful, is seeking to enforce against the assets and estate of the Debtor.

5. The Movant desires to continue prosecuting the aforementioned pending civil action(s) against the Debtor

presently pending in Baltimore County Circuit Court, i.e., Case No. C-03-CV-22-004540, Case No. C-03-CV-22-004621 and Case No. C-03-CV-22-005124, regarding her claims against the Debtor arising from alleged acts of intentional fraud, for the purpose of liquidating her claims. The Movant will, if successful, seek to enforce against the Debtor, the property of the Debtor, and/or the property of the Estate as the Movant believes these debts to be non-dischargeable under the Bankruptcy Code.

6. The foregoing constitutes "cause" within the meaning of Section 362(d)(1) of the Bankruptcy Code to modify the automatic stay to permit the Movant to take those steps described in the preceding paragraph.

WHEREFORE, the Movant prays that the court will grant his motion and modify the automatic stay in the manner requested.

/s/ Jack Ryan Terziu
Jack Ryan Terziu
2211 Eastern Blvd.
Baltimore, Maryland 21220
(410) 687-4700
Attorney for Movant

I solemnly affirm under the penalties of perjury that the contents of the aforegoing Motion are true to the best of my knowledge, information and belief.

/s KIMBERLY BISSON
KIMBERLY BISSON

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY, that on this ____15th____ day of __May__, 2023 a copy of the foregoing Motion For Relief From Automatic Stay was sent by first class, postage prepaid, to the following:

Office of the U. S. Trustee
300 West Pratt Street, Suite 375
Baltimore, Maryland 21201

Morgan W. Fisher, Trustee
18 West Street
Annapolis, MD 21401

Deborah Staudt, Debtor
8510 Sandy Plains Road
Baltimore, MD 21222

Brian A. Cavanaugh
25 Shipping Place
Baltimore, MD 21222
Attorney for Debtor

<u>/s/ Jack Ryan Terziu</u>
Jack Ryan Terziu
Law Offices of Terziu & Bennett
2211 Eastern Blvd.
Baltimore, Maryland 21220
(410) 687-4700
Attorney for Movant