# EXHIBIT 1

| | | |
|---|---|---|
| KIMBERLY FRANCES BISSON | * | IN THE |
| Plaintiff | * | CIRCUIT COURT |
| vs. | * | FOR |
| TABITHA LIPINSKI<br>1935 Crafton Road<br>Baltimore, Maryland 21222 | *<br><br>* | BALTIMORE COUNTY<br><br>CASE No.: C-03-CV-22-004540 |
| and | * | |
| ADAM LIPINSKI<br>1935 Crafton Road<br>Baltimore, Maryland 21222 | *<br><br>* | |
| and | * | |
| RESPECTABLE PROPERTY<br>MANAGEMENT, LLC<br>8510 Sandy Plains Road<br>Baltimore, Maryland 21222 | *<br><br>*<br><br>* | |
| SERVE ON:<br>Resident Agent: Deborah Staudt<br>8510 Sandy Plains Road<br>Baltimore, Maryland 21222 | *<br><br>* | |
| and | * | |
| DEBORAH STAUDT<br>8510 Sandy Plains Road<br>Baltimore, Maryland 21222 | *<br><br>* | |
| Defendants | * | |

*** *** *** *** *** *** *** *** *** *** **** *** *** *** *** *** *** *** *** *** ****

**SECOND AMENDED** COMPLAINT AND DEMAND FOR JURY TRIAL

Kimberly Frances Bisson, Plaintiff, by Brian Bennett, her attorney, sues Tabitha Lipinski, Adam Lipinski, Respectable Property Management, LLC and Deborah Staudt, Defendants, and respectfully states as follows:

PREAMBLE

1. The Plaintiff, Kimberly Frances Bisson, is a resident of Baltimore County.

2. The Individual Defendants, Tabitha Lipinski, Adam Lipinski and Deborah Staudt are

residents of Baltimore County. Defendant, Respectable Property Management, LLC, is a Maryland business entity doing business in Baltimore County.

STATEMENT OF FACTS

3. On or about November 23, 2021, the Defendant, Tabitha Lipinski, on behalf of herself and all Defendants, and with their knowledge and consent, initiated an action in the District Court for Baltimore County, i.e., Tabitha Lipinski vs. Kimberly Bisson, case no. D-08-CV-22-035577, against the Plaintiff without the authority and/or probable cause to do so.

4. The Defendant, Tabitha Lipinski, on behalf of herself and all Defendants, and with their knowledge and consent, has sued the Plaintiff, Kimberly Frances Bisson, her former tenant, on the knowingly false accusation that unpaid rent and other damages are due from the Plaintiff to the Defendant, one of her former landlords. Exhibit 1 (the Defendant's "complaint").

5. While the Plaintiff has denied that there is any underlying liability to the Defendants, the Plaintiff has, nonetheless, suffered damages as a result of the Defendants' malicious, intentional fraud and improper use of process and the abuse of process.

6. At all times relevant hereto, the Defendants, Tabitha Lipinski and Adam Lipinski, employed the Defendants, Deborah Staudt and Respectable Property Management, LLC, as their property management agents for purposes of administering the landlord and tenant relationship between the Plaintiff, Kimberly Bisson, and the Defendants, Tabitha Lipinski and Adam Lipinski. That relationship included, but was not limited to, the collection of and accounting for the rent associated with the real property known as 2331 Searles Road, Baltimore, Maryland 21222; real property which is owned by the Defendants, Tabitha Lipinski and Adam Lipinski, as tenants by the entireties. Defendants, Tabitha Lipinski and Adam Lipinski, are married.

7. The owners of the real property known as 2331 Searles Road, Baltimore, Maryland 21222, which at all times relevant hereto, had been rented by the Plaintiff, Kimberly Bisson, were at all times relevant hereto the Defendants, Tabitha Lipinski and Adam Lipinski.

8. At all times relevant hereto, Defendants, Deborah Staudt and Respectable Property Management, LLC, were acting in the course of their agency and/or employment on behalf of the

Defendants, Tabitha Lipinski and Adam Lipinski.

9. The Defendants, Deborah Staudt and Respectable Property Management, LLC, at all times relevant hereto, were acting on behalf of and with the express permission of the Defendants, Tabitha Lipinski and Adam Lipinski, as their agents and/or servants and/or employees, as to the Plaintiff and her tenancy at the real property known as 2331 Searles Road, Baltimore, Maryland 21222.

10. After no fewer than six (6) separate court actions, filed at various times by the Defendants from August of 2020 through June of 2021, in Baltimore County District Court, alleging a failure to pay rent by the Plaintiff, including but not limited to, the case of Adam Lipinski vs. Kimberly Bisson, case no. D-085-LT-20-019060, filed on 8/12/20 (''failure to pay rent"), which was subsequently appealed to the Circuit Court for Baltimore County, case no., C-03-CV-21-001832, the Defendants, Adam Lipinski and Tabitha Lipinski, obtained the following relief, contrary to an agreement that their authorized agents, Deborah Staudt and Respectable Property Management, LLC, had already negotiated and obtained with the Plaintiff: a) a Warrant of Restitution, on June 7, 2021, from the District Court for Baltimore County, in the amount of $1,295.00, plus costs, but redeemable by the Plaintiff; b) the same relief following an appeal by the Plaintiff to the Circuit Court, though that appeal was dismissed by the Plaintiff in favor of the aforesaid agreement reached between the Plaintiff and the Defendants, given Defendants' awareness of the Plaintiff's pending application for rental assistance through St. Vincent De Paul. The Plaintiff and the Defendants, Deborah Staudt and Respectable Property Management, LLC, acting on behalf of all of the Defendants, reached the following agreement, on or before July 1, 2021: The Plaintiff had applied, during the height of the Covid-19 pandemic, to St. Vincent De Paul, a catholic charity, for rental assistance; the Defendants were aware of that pending application for such rental assistance; the Defendants were cooperating with St. Vincent De Paul and the Plaintiff to provide St. Vincent De Paul with needed documentation, including the lease at issue, a W9 form, and a Baltimore County Landlord Fee Waiver Verification Agreement, Exhibit 2, to ultimately approve the Plaintiff's application for rental

assistance; and knowing that St. Vincent De Paul had given preliminary approval of the Plaintiff's and Defendants' joint request for $14,540.00 in rental assistance, a figure which was paid to the Defendants, Exhibit 3, and further knowing that the Plaintiff had secured other housing arrangements effective July 29, 2021, the Defendants agreed to: a) stay any eviction; b) to allow the Plaintiff and her family to remain at the property at issue, i.e., 2331 Searles Road, Baltimore, Maryland 21222, until July 29, 2021, as part of their receipt of all of the rental assistance. (hereafter "stay agreement") Contrary to their stay agreement, the Defendants, Adam Lipinski and Tabitha Lipinski, scheduled an eviction of the Plaintiff and her family for July 28, 2021; which was the day prior to the Defendants' awareness that the Plaintiff was scheduled to move her, her family and all of their personal property, to other housing. The eviction, though scheduled through the Baltimore County Sheriff's Department, was physically carried out by the Defendants, Adam Lipinski and Tabitha Lipinski. The Defendants, on or about July 28, 2021, contrary to the stay agreement, then illegally entered the Plaintiff's premises at 2331 Searles Road, Baltimore, Maryland 21221, and forcibly evicted her and her three (3) minor children from those premises along with much of their worldly possessions; the Defendants thereby destroyed, and/or damaged and/or kept for themselves all of the virtually all of the Plaintiff's worldly possessions, including cash; all without probable cause or legal authority to do so. The other cases filed by the Defendants, which did not result in any adverse action being taken by the Defendants against the Plaintiff are as follows: 2) Respectable Property Management vs. Kimberly Bisson, case no. D-085-LT-20-033152, filed on 11/16/20 ("failure to pay rent"); 3) Adam Lipinski, et al vs. Kimberly Bisson, case no. D-085-LT-21-005072, filed on 3/02/21 (''failure to pay rent"); 4) Respectable Property Management vs. Kimberly Bisson, case no. D-085-LT-21-011360, filed on 4/19/21 ("failure to pay rent"); 5) Adam Lipinski, et al vs. Kimberly Bisson, case no. D-08-CV-21-022102, filed on 6/14/21('tenant holding over"); 6) Respectable Property Management vs. Kimberly Bisson, case no. D-08-CV-21-022124, filed on 6/14/21 ("tenant holding over"); and 7) Adam Lipinski vs. Kimberly Bisson, case no. C-03-CV-21-001832, filed on 6/15/21 (''failure to pay rent").

11. On or about July 29, 2021, the Defendants illegally entered the Plaintiff's premises at 2331 Searles Road, Baltimore, Maryland 21221, contrary to the "stay agreement" and after the Plaintiff had made arrangements with the Defendants to voluntarily surrender and vacate those premises on July 29, 2021, engage in self help behavior that forcibly evicted the Plaintiff, and her three (3) minor children, from those premises, thereby destroying and/or damaging all of their worldly possessions; all without probable cause or legal authority to do so.

COUNT I
(Malicious Use of Process)

The Plaintiff, Kimberly Frances Bisson, realleges, reaffirms and incorporates by reference the hereinabove allegations of fact and sues the Defendants,Tabitha Lipinski, Adam Lipinski, Respectable Property Management, LLC and Deborah Staudt, and states:

11. The above-referenced civil suit was initiated by the Defendants without any probable cause given that there never was any factual basis to any of the underlying allegations as alleged by her in her complaint. Exhibit 1.

12. The Defendants instituted the above-referenced fraudulent action with malice and with an intent to harm the Plaintiff and for an illegal profit motive.

13. The underlying alleged breach of contract action will be terminated in the Plaintiff's favor.

14. The Defendants have materially breached the alleged underlying contract, by alleging that any money is due and owing them for unpaid rent given that St. Vincent de Paul of Baltimore, a rental assistance benefactor, acting on behalf of the Plaintiff, actually paid the Defendant's authorized rental agent, i.e., Deborah Staudt and Respectable Property Management, LLC, the full amount of the alleged rent due; and the Defendants have breached the terms of their agreement with the Plaintiff to stay any eviction pending the Plaintiff's voluntary surrender of the premises at issue on July 29, 2021 and the payment of any rent owed by St. Vincent De Paul's rental assistance program.

15. The Defendants knew or should have known, by virtue of their relationship with their

rental agent, i.e., Deborah Staudt and Respectable Property Management, LLC, that the full amount of the alleged rent had been approved, and ultimately paid, in full, prior to the institution of any eviction proceedings by the Defendants against the Plaintiff in the District Court, as evidenced by their stay agreement. Exhibit 3.

16. Despite having the requisite knowledge that they were owed nothing by the Plaintiff, and that they had agreed to stay any eviction, the Defendants, fraudulently instituted the above-referenced fraudulent action, and continue to pursue that action, with malice and with an intent to harm the Plaintiff and for an illegal profit motive.

WHEREFORE, the Plaintiff, Kimberly Frances Bisson, sues the Defendants, Tabitha Lipinski, Adam Lipinski, Respectable Property Management, LLC and Deborah Staudt, and demands in excess of Seventy Five Thousand Dollars (**$75,000.00**) in both compensatory and exemplary damages.

COUNT II
(Abuse of Process)

The Plaintiff, Kimberly Frances Bisson, realleges, reaffirms and incorporates by reference the hereinabove allegations of fact and sues the Defendants, Tabitha Lipinski, Adam Lipinski, Respectable Property Management, LLC and Deborah Staudt, and states:

17. On or about November 23, 2021, the above-referenced civil suit was initiated by Tabitha Lipinski, Defendant, without any probable cause given that there never was any factual basis to any of the underlying allegations as alleged by her in her complaint. Exhibit 1.

18. The Defendants instituted the above-referenced action with malice and with an intent to harm the Plaintiff and for an illegal profit motive.

19. The Defendants sent a process server to serve the Plaintiff with a summons and a complaint, thereby forcing the Plaintiff to hire and engage present counsel and to answer to the false and fraudulent allegations as alleged by the Defendants in their underlying contract action. In addition, Plaintiff has been forced to hire and engage present counsel to further her interests,

including the filing of this Complaint and Demand for Jury Trial.

20.     The underlying alleged breach of contract action will be terminated in the Plaintiff's favor.

21.     The Defendants have materially breached the alleged underlying contract, by alleging that any money is due and owing them for unpaid rent given that St. Vincent de Paul of Baltimore, a rental assistance benefactor, acting on behalf of the Plaintiff, actually paid the Defendant's authorized rental agent, i.e., Deborah Staudt and Respectable Property Management, LLC, the full amount of the alleged rent due; and the Defendants have breached the terms of their agreement with the Plaintiff to stay any eviction pending the Plaintiff's voluntary surrender of the premises at issue on July 29, 2021 and the payment of any rent owed by St. Vincent De Paul's rental assistance program.

22.     The Defendants knew or should have known, by virtue of their relationship with their rental agent, i.e., Deborah Staudt and Respectable Property Management, LLC, that the full amount of the alleged rent had been approved, and ultimately paid, in full, prior to the institution of any eviction proceedings by the Defendants against the Plaintiff in the District Court, as evidenced by their stay agreement.  Exhibit 3.

23.     The Defendants initiated the above-referenced action for a fraudulent and illegal and/or improper purpose to satisfy an ulterior profit motive and to take advantage of the Plaintiff, whom the Defendants incorrectly assessed as being incapable of defending herself.

24.     Despite having the requisite knowledge that they were owed nothing by the Plaintiff, and that they had agreed to stay any eviction, the Defendants, fraudulently instituted the above-referenced fraudulent action, and continue to pursue that action, with malice and with an intent to harm the Plaintiff and for an illegal profit motive.

WHEREFORE, the Plaintiff, Kimberly Frances Bisson, sues the Defendants, Tabitha Lipinski, Adam Lipinski, Respectable Property Management, LLC and Deborah Staudt, and demands in excess of Seventy Five Thousand Dollars (**$75,000.00**) in both compensatory and

exemplary damages.

COUNT III
(Detinue)

The Plaintiff, Kimberly Frances Bisson, realleges, reaffirms and incorporates by reference the hereinabove allegations of fact and sues the Defendants, Tabitha Lipinski, Adam Lipinski, Respectable Property Management, LLC and Deborah Staudt, and states:

25. This Complaint seeks the immediate return of the Plaintiff's property, i.e., all of her personal property that was taken from her, and her three (3) minor children, as a result of the Defendants' illegal entry into the premises known as 2331 Searles Road, Baltimore, Maryland 21222, and their illegal self-help eviction of the Plaintiff, and her three (3) minor children, from those same premises; said property having a combined value in excess of $30,000.00 total.

26. The Defendants unjustly detain and/or have destroyed the Plaintiff's personal property, to which the Plaintiff has the immediate right to possess.

27. The Plaintiff has demanded and presently demands the immediate return of her personal property, and/or its value.

28. The Defendant's unjust detention and/or destruction of the Plaintiff's personal property has caused damage to the Plaintiff in an amount in excess of $75,000.00 for which the Plaintiff also makes claim, plus interest and costs.

WHEREFORE, the Plaintiff, Kimberly Frances Bisson, sues the Defendants, Tabitha Lipinski, Adam Lipinski, Respectable Property Management, LLC and Deborah Staudt, Inc., and demands the return of all of her personal property, and/or its value, which sum is in excess of $75,000.00, plus an additional sum its unjust detention, plus interest and costs.

COUNT IV
(Accounting)

The Plaintiff, Kimberly Frances Bisson, realleges, reaffirms and incorporates by reference the hereinabove allegations of fact and sue the Defendants, Tabitha Lipinski, Adam Lipinski, Respectable Property Management, LLC and Deborah Staudt, and states:

29. Upon information and belief, the Defendants have been in possession, ownership and control of all of the principal, property and accumulated rental and other income for the real property known as 2331 Searles Road, Baltimore, Maryland 21222.

30. The Defendants have sued the Plaintiff, Kimberly Frances Bisson, their former tenant, for alleged unpaid rent and other alleged damages.

31. Upon information and belief, the Defendants, Tabitha Lipinski and Adam Lipinski, hired a rental agent, i.e., the Defendants, Deborah Staudt and Respectable Property Management, LLC, to administer and handle the day to day affairs of managing the real property at issue and to collect rent on behalf of and for the Defendant, Tabitha Lipinski and Adam Lipinski, from the Plaintiff, Kimberly Frances Bisson.

32. The Plaintiff alleges and maintains that the Defendants, Tabitha Lipinski, Adam Lipinski, Respectable Property Management, LLC have materially breached the alleged underlying landlord/tenant contract by failing to acknowledge that no money is due and owing the Defendants for any unpaid rent from the Plaintiff, Kimberly Frances Bisson, given that St. Vincent de Paul of Baltimore, a rental assistance benefactor, acting on behalf of the Plaintiff, Kimberly Frances Bisson, actually paid the Defendants', Tabitha Lipinski and Adam Lipinski, authorized rental agent, i.e., the Defendants, Deborah Staudt and Respectable Property Management, LLC, the full amount of the alleged rent due. In addition, the Defendants have breached the terms of their agreement with the Plaintiff to stay any eviction pending the Plaintiff's voluntary surrender of the premises at issue on July 29, 2021 and the payment of any rent owed by St. Vincent De Paul's rental assistance program. Therefore, the Defendants have systematically, fraudulently, intentionally and continuously use their combined status, authority and power to attempt to financially drain and illegally harass the Plaintiff, Kimberly Frances Bisson, without any probable cause to do so.

33. The Defendants knew or should have known, by virtue of their relationship with their rental agent, i.e., Deborah Staudt and Respectable Property Management, LLC, that the full amount of the alleged rent had been approved, and ultimately paid, in full, prior to the institution of any

eviction proceedings by the Defendants against the Plaintiff in the District Court, as evidenced by their stay agreement. Exhibit 3.

34. Upon information and belief, the Defendants, Tabitha Lipinski and Adam Lipinski, have abused their apparent legal authority as a landlord by failing to first investigate the Plaintiff's longstanding allegation of her payment of any rental monies owed by her to the Defendant's rental agent, i.e., the Defendants, Deborah Staudt and Respectable Property Management, LLC, by St. Vincent de Paul of Baltimore. Had the Defendants, Tabitha Lipinski and Adam Lipinski, conducted a proper investigation into their own accounts and financial affairs, including but not limited to, the ledgers and bookkeeping for all rental payments received by or on behalf of the tenants at the real property known as 2331 Searles Road, Baltimore, Maryland 21222, including the Plaintiff, Kimberly Frances Bisson, and St. Vincent de Paul of Baltimore, then the Defendants, Tabitha Lipinski and Adam Lipinski, would have or should have discovered that a) they were not owed any unpaid rental funds and b) that they had entered into an agreement to stay any eviction pending the Plaintiff's voluntary surrender of the premises at issue on July 29, 2021 and the payment of any rent owed by St. Vincent De Paul's rental assistance program and that, consequently, the Defendants should never have instituted the underlying action for unpaid rent.

WHEREFORE, the Plaintiff, Kimberly Frances Bisson, demands the following relief:

a) That Defendants, Tabitha Lipinski, Adam Lipinski, Respectable Property Management, LLC and Deborah Staudt, be ordered by a decree of this court to fully and completely account for all principal, property and accumulated income for the real property known as 2331 Searles Road, Baltimore, Maryland 21222, including all payments made by or on behalf of the Plaintiff, Kimberly Frances Bisson, from St. Vincent de Paul of Baltimore to the Defendants, including any payments made to their authorized rental agent, i.e., the Defendants, Deborah Staudt and Respectable Property Management, LLC; and

b) That Plaintiff, Kimberly Frances Bisson, be awarded judgment against Defendants, Tabitha Lipinski, Adam Lipinski, Respectable Property Management, LLC and Deborah

Staudt, for the exact sum of money found to be due the Plaintiff on such accounting, with interest, costs and attorney's fees for this action; and

c) That Plaintiff, Kimberly Frances Bisson, have such other and further relief as may be just and equitable.

/s/
Brian Bennett

2211 Eastern Boulevard
Baltimore, Maryland 21220
(410) 687-4700; (410) 687-4744(fax)
Bar ID: 198712010044
Email: brianbennett1962@comcast.net
Attorney for Plaintiff

PRAYER FOR JURY TRIAL

The Plaintiff elects to have this case tried by a jury.

/s/
Brian Bennett

CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 3rd day of April, 2023, a copy of the foregoing Second Amended Complaint and Demand for Jury Trial were electronically and mailed, first-class, postage prepaid, to:

Monica M. Guilarte
Law Offices of Monica M. Guilarte
P.O. Box 1607
Laurel, Maryland 20725
Attorney for Defendants,
Tabitha Lipinski and Adam
Lipinski

and

RESPECTABLE PROPERTY
MANAGEMENT, LLC
8510 Sandy Plains Road
Baltimore, Maryland 21222
Defendant, Pro Se

and

DEBORAH STAUDT
8510 Sandy Plains Road
Baltimore, Maryland 21222
Defendant, Pro Se

                                                    /s/
                                              Brian Bennett