# EXHIBIT 2

| | | |
|---|---|---|
| TABITHA LIPINSKI | * | IN THE |
| Plaintiff | * | CIRCUIT COURT |
| vs. | * | FOR |
| KIMBERLY FRANCES BISSON | * | BALTIMORE COUNTY |
| Defendant | * | CASE No.: C-03-CV-22-004621 |

\*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\*\*

| | | |
|---|---|---|
| KIMBERLY FRANCES BISSON | * | IN THE |
| Counter-Plaintiff | * | CIRCUIT COURT |
| vs. | * | FOR |
| TABITHA LIPINSKI | * | BALTIMORE COUNTY |
| and | * | CASE No.: C-03-CV-22-004621 |
| ADAM LIPINSKI | * | |
| and | * | |
| RESPECTABLE PROPERTY MANAGEMENT, LLC | * | |
| | * | |
| and | * | |
| DEBORAH STAUDT | * | |
| Counter-Defendants | | |

\*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\*\*

### **SECOND AMENDED** COUNTER-COMPLAINT AND DEMAND FOR JURY TRIAL

Kimberly Frances Bisson, Counter-Plaintiff, by Brian Bennett, her attorney, sues Tabitha Lipinski, Adam Lipinski, Respectable Property Management, LLC and Deborah Staudt, Counter-Defendants, and respectfully states as follows:

### PREAMBLE

1. The Counter-Plaintiff, Kimberly Frances Bisson, is a resident of Baltimore County.

2. The Individual Counter-Defendants, Tabitha Lipinski, Adam Lipinski and Deborah Staudt are residents of Baltimore County. Counter-Defendant, Respectable Property Management, LLC, is a Maryland business entity doing business in Baltimore County.

STATEMENT OF FACTS

3. On or about November 23, 2021, the Counter-Defendant, Tabitha Lipinski, initiated an action in the District Court for Baltimore County, i.e., Tabitha Lipinski vs. Kimberly Bisson, case no. D-08-CV-22-035577, on behalf of and with the consent of all Counnter-Defendants, against the Counter-Plaintiff, Kimberly Bisson, without the authority and/or probable cause to do so.

4. The Counter-Defendant(s), Tabitha Lipinski, has sued the Counter-Plaintiff, Kimberly Frances Bisson, a former tenant, on the knowingly false accusation that unpaid rent and other damages are due from the Counter-Plaintiff to the Counter-Defendant(s), her former landlords. Exhibit 1 (the Counter-Defendant's "complaint"). Any reference hereafter to "Counter-Defendant", includes all Counter-Defendants, in the plural, as an agency relationship exists between all Counter-Defendants.

5. While the Counter-Plaintiff has denied that there is any underlying liability to the Counter-Defendants, Tabitha Lipinski, Adam Lipinski, Deborah Staudt and Respectable Property Management, LLC, the Counter-Plaintiff has, nonetheless, suffered damages as a result of the Counter-Defendant(s)' malicious, intentional fraud and improper use of process and the abuse of process.

6. At all times relevant hereto, the Counter-Defendants, Tabitha Lipinski and Adam Lipinski, employed the Counter-Defendants, Deborah Staudt and Respectable Property Management, LLC, as their property management agents for purposes of administering the landlord and tenant relationship between the Counter-Plaintiff, Kimberly Bisson, and the Counter-Defendants, Tabitha Lipinski and Adam Lipinski. That relationship included, but was not limited to, the collection of and accounting for the rent associated with the real property known as 2331 Searles Road, Baltimore, Maryland 21222; real property which is owned by the Counter-Defendants, Tabitha Lipinski and Adam Lipinski, as tenants by the entireties. Counter-Defendants, Tabitha Lipinski and Adam Lipinski, are married.

7. The owners of the real property known as 2331 Searles Road, Baltimore, Maryland 21222, which at all times relevant hereto, had been rented by the Counter-Plaintiff, Kimberly Bisson,

was owned at all times relevant hereto by the Counter-Defendants, Tabitha Lipinski and Adam Lipinski.

8. At all times relevant hereto, Counter-Defendants, Deborah Staudt and Respectable Property Management, LLC, were acting in the course of their agency and/or employment on behalf of the Counter-Defendants, Tabitha Lipinski and Adam Lipinski.

9. The Counter-Defendants, Deborah Staudt and Respectable Property Management, LLC, at all times relevant hereto, were acting on behalf of and with the express permission of the Counter-Defendants, Tabitha Lipinski and Adam Lipinski, as their agents and/or servants and/or employees, as to the Plaintiff and her tenancy at the real property known as 2331 Searles Road, Baltimore, Maryland 21222.

## COUNT I
(Malicious Use of Process)

The Counter-Plaintiff, Kimberly Frances Bisson, realleges, reaffirms and incorporates by reference the hereinabove allegations of fact and sues the Counter-Defendants, Tabitha Lipinski, Adam Lipinski, Deborah Staudt and Respectable Property Management, LLC, and states:

10. The above-referenced civil suit was initiated by Counter-Defendant, Tabitha Lipinski, on behalf of and with consent of all Counter-Defendants, and without any probable cause given that there was never any factual basis to any of the underlying allegations as alleged by the Counter-Defendant(s) in the complaint. Exhibit 1.

11. Counter-Defendant(s) instituted the above-referenced fraudulent action with malice and with an intent to harm the Counter-Plaintiff and for an illegal profit motive.

12. The underlying alleged breach of contract action will be terminated in the Counter-Plaintiff's favor.

13. The Counter-Defendant(s) has materially breached the alleged underlying contract, by falsely alleging that any money is due and owing Counter-Defendant(s) for unpaid rent given that St. Vincent de Paul of Baltimore, a rental assistance benefactor, acting on behalf of the Counter-Plaintiff, actually paid the Counter-Defendant's authorized rental agent, i.e., Deborah Staudt and

3

Respectable Property Management, LLC, the full amount of the alleged rent due by its check dated November 22, 2021 and which cleared into the account of the Counter-Defendants on or about December 6, 2021; dates coincident with the filing of the complaint by Counter-Defendant(s), but nevertheless well before service of process of that complaint was effected upon Counter-Plaintiff. Therefore, the Counter-Defendants have systematically, fraudulently, intentionally and continuously use their combined status, authority and power to attempt to financially drain and illegally harass the Counter-Plaintiff, Kimberly Frances Bisson, without any probable cause to do so.

14.     The Counter-Defendant(s) knew or should have known, by virtue of the agency relationship with Counter-Defendants, Deborah Staudt and Respectable Property Management, LLC, that the full amount of the alleged rent due had been paid, in full, prior to the effectuation, via service of process, of any legal proceedings by the Counter-Defendant(s) against the Counter-Plaintiff in the District Court. Exhibit 1.

15.     Despite having the requisite knowledge that Counter-Defendant(s) was owed nothing by the Counter-Plaintiff, the Counter-Defendant, Tabitha Lipinski, on behalf of and with the consent of all Counter-Defendants, fraudulently instituted the above-referenced fraudulent action, and continues to pursue that action, with malice and with an intent to harm the Counter-Plaintiff and for an illegal profit motive.

WHEREFORE, the Counter-Plaintiff, Kimberly Frances Bisson, sues Tabitha Lipinski, Adam Lipinski, Respectable Property Management, LLC and Deborah Staudt, Counter-Defendants, and demands in excess of Seventy Five Thousand Dollars (**$75,000.00**) in both compensatory and exemplary damages.

COUNT II
(Abuse of Process)

The Counter-Plaintiff, Kimberly Frances Bisson, realleges, reaffirms and incorporates by reference the hereinabove allegations of fact and sues Tabitha Lipinski, Adam Lipinski, Respectable Property Management, LLC and Deborah Staudt, Counter-Defendants, and states:

16. On or about November 23, 2021, the above-referenced civil suit was initiated by Tabitha Lipinski, Counter-Defendant, on behalf of and with the consent of all Counter-Defendants, without any probable cause given that there was never any factual basis to any of the underlying allegations as alleged by Counter-Defendant(s) in the complaint. Exhibit 1.

17. Counter-Defendant(s) instituted the above-referenced action with malice and with an intent to harm the Counter-Plaintiff and for an illegal profit motive.

18. The Counter-Defendant(s) sent a process server to serve the Counter-Plaintiff with a summons and a complaint, thereby forcing the Counter-Plaintiff to hire and engage present counsel and to answer to the false and fraudulent allegations as alleged by the Counter-Defendant(s) in the underlying contract action. In addition, Counter-Plaintiff has been forced to hire and engage present counsel to further her interests, including the filing of this Second Amended Counter-Complaint and Demand for Jury Trial.

19. The underlying alleged breach of contract action will be terminated in the Counter-Plaintiff's favor.

20. The Counter-Defendant(s) has materially breached the alleged underlying contract, by falsely alleging that any money is due and owing Counter-Defendant(s) for unpaid rent given that St. Vincent de Paul of Baltimore, a rental assistance benefactor, acting on behalf of the Counnter-Plaintiff, actually paid the Counter-Defendant's authorized rental agent, i.e., Deborah Staudt and Respectable Property Management, LLC, the full amount of the alleged rent due by its check dated November 22, 2021 and which cleared into the account of the Counter-Defendants on or about December 6, 2021; dates coincident with the filing of the complaint by Counter-Defendant(s), but nevertheless well before service of process of that complaint was effected upon Counter-Plaintiff.

21. The Counter-Defendant(s) knew or should have known, by virtue of the agency relationship with Counter-Defendants, Deborah Staudt and Respectable Property Management, LLC, that the full amount of the alleged rent due had been paid, in full, prior to the effectuation, via service of process, of any legal proceedings by the Counter-Defendant(s) against the Counter-Plaintiff in the

District Court. Exhibit 1. Therefore, the Counter-Defendants have systematically, fraudulently, intentionally and continuously use their combined status, authority and power to attempt to financially drain and illegally harass the Counter-Plaintiff, Kimberly Frances Bisson, without any probable cause to do so.

22. The Counter-Defendant(s) initiated the above-referenced action for a fraudulent and illegal and/or improper purpose to satisfy an ulterior profit motive and to take advantage of the Counter-Plaintiff, whom the Counter-Defendant(s) incorrectly assessed as being incapable of defending herself.

23. Despite having the requisite knowledge that Counter-Defendant(s) was owed nothing by the Counter-Plaintiff, the Counter-Defendant, Tabitha Lipinski, on behalf of and with the consent of all Counter-Defendants, fraudulently instituted the above-referenced fraudulent action, an continues to pursue that action, with malice and with an intent to harm the Counter-Plaintiff and for an illegal profit motive.

WHEREFORE, the Counter-Plaintiff, Kimberly Frances Bisson, sues Tabitha Lipinski, Adam Lipinski, Respectable Property Management, LLC and Deborah Staudt, Counter-Defendants, and demands in excess of Seventy Five Thousand Dollars (**$75,000.00**) in both compensatory and exemplary damages.

COUNT III<br>(Detinue)

The Counter-Plaintiff, Kimberly Frances Bisson, realleges, reaffirms and incorporates by reference the hereinabove allegations of fact and sues the Counter-Defendants, Tabitha Lipinski, Adam Lipinski, Respectable Property Management, LLC and Deborah Staudt, and states:

24. This Complaint seeks the immediate return of the Counter-Plaintiff's property, i.e., all of her personal property that was taken from her, and her three (3) minor children, as a result of the Counter-Defendants' illegal entry into the premises known as 2331 Searles Road, Baltimore, Maryland 21222, and their illegal self-help eviction of the Counter-Plaintiff, and her three (3) minor

children, from those same premises; said property having a combined value in excess of $30,000.00 total.

25. The Counter-Defendants unjustly detain and/or have destroyed the Counter-Plaintiff's personal property, to which the Counter-Plaintiff has the immediate right to possess.

26. The Counter-Plaintiff has demanded and presently demands the immediate return of her personal property, and/or its value.

27. The Counter-Defendant's unjust detention and/or destruction of the Counter-Plaintiff's personal property has caused damage to the Counter-Plaintiff in an amount in excess of $75,000.00 for which the Counter-Plaintiff also makes claim, plus interest and costs.

WHEREFORE, the Counter-Plaintiff, Kimberly Frances Bisson, sues the Counter-Defendants, Tabitha Lipinski, Adam Lipinski, Respectable Property Management, LLC and Deborah Staudt, Inc., and demands the return of all of her personal property, and/or its value, which sum is in excess of $75,000.00, plus an additional sum its unjust detention, plus interest and costs.

## COUNT III
(Accounting)

The Counter-Plaintiff, Kimberly Frances Bisson, realleges, reaffirms and incorporates by reference the hereinabove allegations of fact and sue the Counter-Defendants, Tabitha Lipinski, Adam Lipinski, Respectable Property Management, LLC and Deborah Staudt, and states:

28. Upon information and belief, the Counter-Defendants have been in possession, ownership and control of all of the principal, property and accumulated rental and other income for the real property known as 2331 Searles Road, Baltimore, Maryland 21222.

29. The Counter-Defendant, Tabitha Lipinski, on behalf of and with the consent of all Counter-Defendants, has sued the Counter-Plaintiff, Kimberly Frances Bisson, a former tenant, for alleged unpaid rent and other alleged damages.

30. Upon information and belief, the Counter-Defendants, Tabitha Lipinski and Adam Lipinski, hired a rental agent, i.e., the Counter-Defendants, Deborah Staudt and Respectable Property Management, LLC, to administer and handle the day to day affairs of managing the real property at

issue and to collect rent on behalf of and for the Counter-Defendants, Tabitha Lipinski and Adam Lipinski, from the Counter-Plaintiff, Kimberly Frances Bisson.

31. The Counter-Plaintiff alleges and maintains that the Counter-Defendants, Tabitha Lipinski, Adam Lipinski, Respectable Property Management, LLC have materially breached the alleged underlying landlord/tenant contract by failing to acknowledge that no money is due and owing the Counter-Defendants for any unpaid rent from the Counter-Plaintiff, Kimberly Frances Bisson, given that St. Vincent de Paul of Baltimore, a rental assistance benefactor, acting on behalf of the Counter-Plaintiff, Kimberly Frances Bisson, actually paid the Counter-Defendants', Tabitha Lipinski and Adam Lipinski, authorized rental agent, i.e., the Counter-Defendants, Deborah Staudt and Respectable Property Management, LLC, the full amount of the alleged rent due by its check dated November 22, 2021 and which cleared into the account of the Counter-Defendants on or about December 6, 2021; dates coincident with the filing of the complaint by Counter-Defendant(s), but nevertheless well before service of process of that complaint was effected upon Counter-Plaintiff. Therefore, the Counter-Defendants have systematically, fraudulently, intentionally and continuously use their combined status, authority and power to attempt to financially drain and illegally harass the Counter-Plaintiff, Kimberly Frances Bisson, without any probable cause to do so.

32. The Counter-Defendants, Tabitha Lipinski and Adam Lipinski, knew or should have known, by virtue of their relationship with their rental agent, i.e., the Counter-Defendants, Deborah Staudt and Respectable Property Management, LLC, that the full amount of the alleged rent due had been paid, in full, prior to the institution of any legal proceedings by the Counter-Defendant(s), Tabitha Lipinski, against the Counter-Plaintiff, Kimberly Frances Bisson, in the District Court. Exhibit 1.

33. Upon information and belief, the Counter-Defendants, Tabitha Lipinski and Adam Lipinski, have abused their apparent legal authority as a landlord by failing to first investigate the Counter-Plaintiff's longstanding allegation of her payment of any rental monies owed by her to the Counter-Defendant's rental agent, i.e., the Counter-Defendants, Deborah Staudt and Respectable

Property Management, LLC, by St. Vincent de Paul of Baltimore. Had the Counter-Defendants, Tabitha Lipinski and Adam Lipinski, conducted a proper investigation into their own accounts and financial affairs, including but not limited to, the ledgers and bookkeeping for all rental payments received by or on behalf of the tenants at the real property known as 2331 Searles Road, Baltimore, Maryland 21222, including the Counter-Plaintiff, Kimberly Frances Bisson, and St. Vincent de Paul of Baltimore, then the Counter-Defendants, Tabitha Lipinski and Adam Lipinski, would have or should have discovered that they were not owed any unpaid rental funds and that, consequently, the Counter-Defendant, Tabitha Lipinski, on behalf of and with the consent of all Counter-Defendants, should never have instituted the underlying action for unpaid rent.

WHEREFORE, the Counter-Plaintiff, Kimberly Frances Bisson, demands the following relief:

  a) That Counter-Defendants, Tabitha Lipinski, Adam Lipinski, Respectable Property Management, LLC and Deborah Staudt, be ordered by a decree of this court to fully and completely account for all principal, property and accumulated income for the real property known as 2331 Searles Road, Baltimore, Maryland 21222, including all payments made by or on behalf of the Counter-Plaintiff, Kimberly Frances Bisson, from St. Vincent de Paul of Baltimore to the Counter-Defendants, including any payments made to their authorized rental agent, i.e., the Counter-Defendants, Deborah Staudt and Respectable Property Management, LLC; and

  b) That Counter-Plaintiff, Kimberly Frances Bisson, be awarded judgment against Counter-Defendants, Tabitha Lipinski, Adam Lipinski, Respectable Property Management, LLC and Deborah Staudt, for the exact sum of money found to be due the Counter-Plaintiff on such accounting, with interest, costs and attorney's fees for this action; and

  c) That Counter-Plaintiff, Kimberly Frances Bisson, have such other and further relief as may be just and equitable.

                 _/s/_
                  Brian Bennett
                  2211 Eastern Boulevard

Baltimore, Maryland 21220
(410) 687-4700; (410) 687-4744(fax)
Bar ID: 198712010044
Email: brianbennett1962@comcast.net
Attorney for Defendant and Counter-Plaintiff

## PRAYER FOR JURY TRIAL

The Defendant and Counter-Plaintiff elects to have this case tried by a jury.

_____/s/_____
Brian Bennett

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this <u>3rd</u> day of <u>April</u>, 2023, a copy of the foregoing Second Amended Counter-Complaint and Demand for Jury Trial were electronically and mailed, first-class, postage prepaid, to:

Monica M. Guilarte
Law Offices of Monica M. Guilarte
P.O. Box 1607
Laurel, Maryland 20725
Attorney for Plaintiff, Tabitha Lipinski, and
Counter-Defendants Tabitha Lipinski and Adam Lipinski

and

RESPECTABLE PROPERTY
MANAGEMENT, LLC
8510 Sandy Plains Road
Baltimore, Maryland 21222
Counter-Defendant, Pro Se

and

DEBORAH STAUDT
8510 Sandy Plains Road
Baltimore, Maryland 21222
Counter-Defendant, Pro Se

_____/s/_____
Brian Bennett