IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| IN RE | * | Case No. 23-12890 |
| DEBORAH STAUDT | * | Chapter 7 |
| Debtor | * | |
| * * * * * * * | * * * * * * | |
| KIMBERLY BISSON | * | |
| Movant | * | |
| vs. | * | |
| DEBORAH STAUDT | * | |
| and | * | |
| MORGAN W. FISHER, Trustee | * | |
| Respondent(s) | * | |
| * * * * * * * | * * * * * * | |

<u>ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY</u>

Upon consideration of the Motion For Relief From Automatic Stay, and for good cause shown, it is ORDERED,

1. The court hereby modifies the automatic stay to permit the Movant, Kimberly Bisson, to continue prosecuting the civil action(s) presently pending in Baltimore County Circuit Court, i.e., Case No. C-03-CV-22-004540, Case No. C-03-CV-22-004621 and Case No. C-03-CV-22-005124, regarding her claims against the Debtor arising from alleged intentional acts of fraud committed by the Debtor.

2. In the event the Movant obtains a recovery or judgment against the Debtor, the Movant may enforce the recovery or judgment solely against the Debtor, property of the Debtor, or property of the Estate absent further order of this court; said recovery or judgment being non-dischargeable by the Debtor.

Office of the U. S. Trustee
300 West Pratt Street, Suite 375
Baltimore, Maryland 21201

    Morgan W. Fisher, Trustee
    18 West Street
    Annapolis, MD 21401

    Deborah Staudt, Debtor
    8510 Sandy Plains Road
    Baltimore, MD 21222

    Brian A. Cavanaugh
    25 Shipping Place
    Baltimore, MD 21222
    Attorney for Debtor