# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:      Case No.: **23–12890 – DER**      Chapter: **7**

**Deborah Staudt**
Debtor

# DEFICIENCY NOTICE

DOCUMENT:      13 – Motion for Relief from Stay and Notice of Motion Re: State Court Claims. Fee Amount $188. Notice Served on 4/3/2023, Filed by Kimberly Bisson. Objections due by 04/17/2023. with three additional calendar days allowed if all parties are not served electronically. Hearing scheduled for 06/12/2023 at 01:30 PM – Courtroom 9–D. (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit # 4 Proposed Order) (Terziu, Jack) Modified on 5/18/2023 (Adams, Chris).

PROBLEM:      **The following items are deficient for the above pleading, and must be cured by 6/1/23.**

**– A Notice of Motion providing objection deadline and hearing information was not filed.**

CURE:      A hearing date and time must be selected, and a Notice of Motion to all appropriate parties must be filed. (Local Bankruptcy Rule 4001–1(c), 4003–2(b)) A Certificate of Service with names and addresses of all parties served must accompany the notice.

CONSEQUENCE:      Failure to cure the problem by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem may result in the relief sought being denied for want of prosecution.

**Additional information on filing requirements: http://www.mdb.uscourts.gov/content/filing–requirements.**
**Additional information for non–attorney filers: http://www.mdb.uscourts.gov/content/after–filing.**

Dated: 5/18/23

Mark A. Neal, Clerk of Court
by Deputy Clerk, Chris Adams
410–962–4215

cc:   Debtor
      Attorney for Debtor – Brian A. Cavanaugh
      Attorney for Movant – Jack Ryan Terziu

defntc (rev. 12/12/2016)