United States Bankruptcy Court
District of Maryland

| | |
|---|---|
| In re: | Case No. 23-12890-DER |
| Deborah Staudt | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0416-1 | User: admin | Page 1 of 1 |
| Date Rcvd: May 18, 2023 | Form ID: defntc | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 20, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Deborah Staudt, 8510 Sandy Plains Road, Dundalk, MD 21222-5617 |
| | + Jack Ryan Terziu, Law Offices of Terziu & Bennett, 2211 Eastern Blvd, Baltimore, MD 21220-4224 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: May 20, 2023 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 18, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian A. Cavanaugh | brian.cavanaughlaw@gmail.com  lawofficebrian@netzero.net |
| Jack Ryan Terziu | terziulaw@gmail.com |
| Morgan W. Fisher | trustee@morganfisherlaw.com  MD65@ecfcbis.com,fisher@premierremote.com |

TOTAL: 3

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MARYLAND
#### at Baltimore

In re:   Case No.: **23–12890 – DER**   Chapter: **7**

**Deborah Staudt**
Debtor

# DEFICIENCY NOTICE

DOCUMENT: 13 – Motion for Relief from Stay and Notice of Motion Re: State Court Claims. Fee Amount $188. Notice Served on 4/3/2023, Filed by Kimberly Bisson. Objections due by 04/17/2023. with three additional calendar days allowed if all parties are not served electronically. Hearing scheduled for 06/12/2023 at 01:30 PM – Courtroom 9–D. (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit # 4 Proposed Order) (Terziu, Jack) Modified on 5/18/2023 (Adams, Chris).

PROBLEM: **The following items are deficient for the above pleading, and must be cured by 6/1/23.**

**– A Notice of Motion providing objection deadline and hearing information was not filed.**

CURE: A hearing date and time must be selected, and a Notice of Motion to all appropriate parties must be filed. (Local Bankruptcy Rule 4001–1(c), 4003–2(b)) A Certificate of Service with names and addresses of all parties served must accompany the notice.

CONSEQUENCE: Failure to cure the problem by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem may result in the relief sought being denied for want of prosecution.

**Additional information on filing requirements: http://www.mdb.uscourts.gov/content/filing–requirements.**
**Additional information for non–attorney filers: http://www.mdb.uscourts.gov/content/after–filing.**

Dated: 5/18/23

                                             Mark A. Neal, Clerk of Court
                                             by Deputy Clerk, Chris Adams
                                             410–962–4215

cc:   Debtor
      Attorney for Debtor – Brian A. Cavanaugh
      Attorney for Movant – Jack Ryan Terziu

defntc (rev. 12/12/2016)