```
             UNITED STATES BANKRUPTCY COURT
              FOR THE DISTRICT OF MARYLAND
```

IN RE:                              *    CASE NO.: 23-12890

    DEBORAH STAUDT               *    Chapter 7

        Debtor                   *

* * * * * *   *   *  *  *  *  *  *

KIMBERLY BISSON                     *

Movant                              *

vs.                                 *

DEBORAH STAUDT                      *

and                                 *

MORGAN W. FISHER, Trustee           *

Respondent(s)                       *
* * * * * * *   *  *  *  *  *  *

## NOTICE OF MOTION

Kimberly Bisson, Movant, by his undersigned attorneys, has filed papers with the court for Motion for Relief from Automatic Stay.

    If you do not want the court to order Motion for Relief of Stay, or if you want the court to consider your views on the Motion, then on or before June 112, 2023, you or your attorney must:

File with the court a written request for a hearing of, if the court requires a written response, an answer, explaining your position at :

    United States Bankruptcy Court
    Garmatz Federal Courthouse
    101 W. Lombard Street, STE 8530
    Baltimore, MD 21201

If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

You must also mail a copy to:

Jack Ryan Terziu, Esquire
2211 Eastern Blvd
Baltimore, MD 21220
Attorney for Movant

Office of the U.S. Trustee
300 W. Pratt Street, STE 375
Baltimore, MD 21201

Morgan W. Fisher, Trustee
18 West Street
Annapolis, MD 21401

Deborah Staudt, Debtor
8510 Sandy Plains Rd
Baltimore, MD 21222

Brian Cavanaugh, Esquire
25 Shipping Place
Baltimore, MD 21222
Attorney for Debtor

    Hearing is scheduled for June 12, 2023 at 1:30 P.M., in Courtroom 9-D, United States Bankryptcy Court, 101 W. Lombard Street, Baltimore, MD 21201.

    If you or your attroney do not take these steps, the court may decide that you do not oppose the relief sought in the motion for objection and may enter an order granting that relief.

DATE: 5/24/23

/s/ Jack Ryan Terziu
Jack Ryan Terziu
2211 Eastern Blvd.
Baltimore, Maryland 21220
(410) 687-4700
Attorney for Debtor

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY, that on this 24TH day of May, 2023 a copy of the foregoing Notice of Motion was sent first class, postage pre-paid to the following:

Office of the U.S. Trustee
300 W. Pratt Street, STE 375
Baltimore, MD 21201

Morgan W. Fisher, Trustee
18 West Street
Annapolis, MD 21401

Deborah Staudt, Debtor
8510 Sandy Plains Rd
Baltimore, MD 21222

Brian Cavanaugh, Esquire
25 Shipping Place
Baltimore, MD 21222
Attorney for Debtor


DATE: 5/24/23

/s/ Jack Ryan Terziu
Jack Ryan Terziu
2211 Eastern Blvd.
Baltimore, Maryland 21220
(410) 687-4700
Attorney for Debtor