**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**

IN RE:                                      *

    **DEBORAH STAUDT**                     *                CHAPTER 7

        Debtor                          *

*       *       *       *       *       *       *                **Case No.** 23-12890

KIMBERLY BISSON                            *

    **Movant**                            *

v.                                         *

    **DEBORAH STAUDT**, Debtor            *

    Morgan W. Fisher, Trustee            *

        Respondents                     *

*       *       *       *       *       *       *         *       *       *       *       *

**RESPONSE TO**
**MOTION FOR RELIEF FROM AUTOMATIC STAY**

    Deborah Staudt, Debtor, by her attorney, Brian A. Cavanaugh, objects to the Movants Motion for Relief from Automatic Stay and in support thereof states as follows;

1.    The Debtor contends that the Motion for Relief from Automatic Stay is defective in form and procedure, in that the Movant seeks relief in bankruptcy court for cases which obviously were being held in Baltimore County Circuit Court and which are Stayed due to the filing of Debtor's Chapter 7 Bankruptcy.

2.    The Debtor admits paragraph 1 (not appropriately numbered).

3.    The Debtor denies allegations as set forth in paragraph 3 (there is no paragraph 2) and demands strict proof thereof. Debtor further contends, as to the allegation as stated, that these allegations are not a matter to be held before this Honorable Court as a matter of law and Debtor demands strict proof thereof.

4.    Debtor denies paragraph 4 and demands strict proof thereof.

5.    Debtor can neither admit or deny paragraphs 5 and 6.  However, Debtor has a right to a Stay of all actions upon filing of her Chapter 7 Bankruptcy and Debtor further contends that the matters set forth in the Movants Motion are irrelevant to Debtors filing of bankruptcy as Debtor is unaware and/or categorically denies any fraud allegations which may or may not have been alleged in Movants Circuit Court cases.

6.    Debtor contends that she will be irreparably injured if the court grants the Motion for Relief sought by the Movant.

**WHEREFORE**, the Debtor, requests that this Honorable Court deny the Motion for Relief from automatic stay and grant such other and further relief as this Court may deem appropriate.

/s/ Brian A. Cavanaugh
Brian A. Cavanaugh, Esq.#08113
25 Shipping Place
Baltimore, MD 21222
Brian.Cavanaughlaw@gmail.com
410-285-0022