IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE: | * |
| **DEBORAH STAUDT** | *   CHAPTER 7 |
| Debtor | * |
| * * * * * * * | *   **Case No.** 23-12890 |
| KIMBERLY BISSON | * |
| **Movant** | * |
| v. | * |
| **DEBORAH STAUDT**, Debtor | * |
| Morgan W. Fisher, Trustee | * |
| Respondents | * |
| * * * * * * * * * * * | |

**CERTIFICATION OF SERVICE**
**OF RESPONSE TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

- I, hereby certify that on the 1ST day of June 2023, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the Response to Motion for Relief from Automatic Stay will be served electronically by the Court's CM/ECF system on the following:
- **Brian A. Cavanaugh**   brian.cavanaughlaw@gmail.com, lawofficebrian@netzero.net
- **Morgan W. Fisher**   trustee@morganfisherlaw.com, MD65@ecfcbis.com;fisher@premierremote.com
- **Jack Ryan Terziu**   terziulaw@gmail.com

I, hereby, further certify that on the 1st day of June 2023, a copy of the Response to Motion for Automatic Stay was also mailed first class mail, postage prepaid to:

    Jack Rayan Terziu, Esq.,
    Law Offices of Terziu & Bennett, Attorneys for Movant
    2211 Eastern Blvd.
    Baltimore, Maryland 21220

I certify under the penalty of perjury that the foregoing is true.

Executed on 6/1/2023                                                        /s/   Brian A. Cavanaugh
                                                                                         Brian A. Cavanaugh, Esq.