**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| IN RE: | * | |
| **DEBORAH STAUDT** | * | CHAPTER 7 |
| Debtor | * | |
| * * * * * * | * | **Case No.** 23-12890 |
| KIMBERLY BISSON | * | |
| **Movant** | * | |
| v. | * | |
| **DEBORAH STAUDT**, Debtor | * | |
| Morgan W. Fisher, Trustee | * | |
| Respondents | * | |

* * * * * * * * * * * *

**ORDER DENYING**
<u>**MOTION FOR RELIEF FROM AUTOMATIC STAY**</u>

UPON CONSIDERATION of the *Movants, Motion for Relief from Stay and Debtor's Response thereto*, it is by the United States Bankruptcy Court for the District of Maryland Baltimore Division,

**ORDERED**, that the *Motion for Relief from Automatic Stay and hearing thereon* be and is hereby **DENIED**.

Cc: all parties

**END OF ORDER**