

**Baltimore County, Maryland
Office of Budget and Finance
5/30/2023**

Room 150
400 Washington Ave.
Towson, Md. 21204
Phone: (410) 887-5616
Fax: (410) 887-3882

## Statement of Amount Necessary for Redemption

**Sale Date:** 09/09/2021   **District:** 14   **Parcel:** 14-14-000820

**Property Owner:**   NASH FRANKLIN M
                      NASH DARLENE M

**Property Description:**   612 MEADOW RD
                            TAX MAP 0081 /0021 /0765

**Sold to:**   NAR Solutions, Inc.

| | |
|---|---:|
| **Delinquent Taxes and Sales Expenses:** | $2,319.77 |
| Tax Sale Offset: | |
| Lienholder Interest: | $487.15 |
| Total Open Taxes and Other County Liens: | $4,743.92 |

**Additional Costs Fixed by the Court:**

| | |
|---|---:|
| Attorney Fee: | $0.00 |
| Court Costs: | $0.00 |
| Title Search Fee: | $0.00 |
| **Total Amount Due For Redemption:** | **$7,550.84** |

### For Payment May 2023

***Release for Legal Expenses Required January 9, 2022***

Tax Sale Purchaser: **NAR Solutions, Inc.**
or Their Attorney: Marc H. Chedel (402) 454-7437

When redeeming property from tax sale, some properties may be eligible
to make semi-annual payments for the current tax year only.
Please see attached sheet.



**Baltimore County, Maryland**
**Office of Budget and Finance**
**5/30/2023**

Room 150
400 Washington Ave.
Towson, Md. 21204
Phone: (410) 887-5616
Fax: (410) 887-3882

**District:** 14    **Parcel:** 14-14-000820

Breakdown of Total Open Taxes and Other County Liens:

| Charge Tax Year | Charge Description | Charge Amount |
|---|---|---:|
| 2023 | FY | $2,193.46 |
| 2022 | FY | $2,526.35 |
| 2021 | County Interest | $24.11 |

| | Total Open Taxes and Other County Liens | **$4,743.92** |