IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| IN RE | * | Case No. 23-12890 |
| DEBORAH STAUDT | * | Chapter 7 |
| Debtor | * | |
| * * * * * * | * * * * * * * | |
| KIMBERLY BISSON | * | |
| Movant | * | |
| vs. | * | |
| DEBORAH STAUDT | * | |
| and | * | |
| MORGAN FISHER, Trustee | * | |
| Respondent(s) | * | |
| * * * * * * | * * * * * * * | |

## WITHDRAWAL OF MOTION TO LIFT STAY

Kimberly Bisson, Movant, by and through, Jack Ryan Terziu and the Law Offices of Terziu & Bennett, her attorneys, hereby withdraws her Motion to Lift Stay.

Dated: 6/2/23

/s/ Jack Ryan Terziu
Law Offices of Terziu & Bennett
Attorney for Respondents

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 2nd ay of June, 2023, a copy of the foregoing Withdrawal of Motion to Lift Stay was sent electronically through CM/ECF to Brian Cavanaugh, Attorneys for Debtor, and Morgan Fisher, Trustee.

/s/ Jack Ryan Terziu
Law Offices of Terziu & Bennett


I HEREBY CERTIFY that the terms of the copy of the Withdrawal of Motion submitted to the Court are identical to those set forth in the original; and the signature represented by the /S/ on the copy submitted to the Court reference the signature of the party obtained in the original.