# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### at Baltimore

| | |
|---|---|
| In re: | |
| DEBORAH STAUDT | Case No. 23-12890-DER |
| | Chapter 7 |
| Debtor(s) | |

### TRUSTEE FISHER'S NOTICE OF ASSETS AND
### REQUEST FOR CLAIMS' BAR DATE

Morgan W. Fisher, Chapter 7 Trustee for the bankruptcy estate of Deborah Staudt ("Trustee Fisher"), hereby files this notification that the Trustee has discovered assets that may be available for distribution to the creditors of the bankruptcy estate. Trustee Fisher requests that the Clerk of the Court set a claims bar date and send notification of such date to all creditors in accordance with Rule 3002(c)(5) of the Federal Rules of Bankruptcy Procedure.

Respectfully submitted,

/s/ *Morgan W. Fisher*
Morgan W. Fisher #28711

Law Offices of Morgan Fisher LLC
18 West St
Annapolis, MD 21401
410-626-6111
mwf@morganfisherlaw.com


Dated:  June 2, 2023

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 2, 2023, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the forgoing Notice Regarding Assets and Request for Setting of Claims Bar Date and Notification to Creditors will be served electronically by the Court's CM/ECF system on the following:

Brian A. Cavanaugh brian.cavanaughlaw@gmail.com, lawofficebrian@netzero.net

Jack Ryan Terziu terziulaw@gmail.com

                                                                  Respectfully submitted,

Dated:  June 2, 2023                          */s/ Morgan W. Fisher*
                                                         Morgan W. Fisher #28711