# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
*at Baltimore*

In re:

DEBORAH STAUDT

Debtor(s)

Case No. 23-12890-DER
Chapter 7

**VERIFIED STATEMENT OF ATTORNEY FOR TRUSTEE
PURSUANT TO BANKRUPTCY RULE 2014**

Pursuant to Federal Rules of Bankruptcy Procedure 2014(a), the undersigned states:

1. I am an attorney at law duly admitted to practice in the State of Maryland and before the United States Bankruptcy Court for the District of Maryland.

2. I am an attorney at the firm of the Law Offices of Morgan Fisher LLC.

3. I have no connection with the debtor or their creditors or any party in interest, their respective attorneys, and accountants, the United States Trustee, or any person employed in the office of the United States Trustee, except that I am a Chapter 7 Trustee.

4. I represent no adverse interest to the debtor.

5. I am a "disinterested person," as that term is defined in 11 U.S.C. § 101(14) and am eligible to serve as counsel for the Trustee.

6. I will update this Verified Statement and will make such supplemental disclosures as circumstances may require.

Pursuant to 11 U.S.C. § 1746, I verify under penalty of perjury that the foregoing is true and correct.

Executed on June 2, 2023.

*/s/ Morgan W. Fisher*
Morgan W. Fisher