**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND**
*at Baltimore*

| | |
|---|---|
| In re:<br><br>**DEBORAH STAUDT**<br><br>Debtor(s) | Case No. 23-12890-DER<br>**Chapter 7** |

**ORDER GRANTING CHAPTER 7 TRUSTEE'S APPLICATION
FOR AUTHORITY TO EMPLOY ATTORNEY FOR ESTATE**

Upon consideration of the Application for Authority to Employ Attorney (the "Application") filed by Morgan W. Fisher, Trustee for the bankruptcy estate of Deborah Staudt (the "Trustee"), and it appearing that the employment of counsel is necessary and in the best interests of the bankruptcy estate, it is by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the Application is hereby GRANTED; and it is further

**ORDERED**, that the Trustee is hereby authorized to employ Morgan W. Fisher with respect to all matters and proceedings arising in or related to this bankruptcy case, with compensation to be determined by further order of this Court; and it is further

**ORDERED**, that Morgan W. Fisher shall be compensated in accordance with the procedures set forth in §§ 330 and 331 of the Bankruptcy Code, the applicable Federal Rules of Bankruptcy Procedure, and the Local Bankruptcy Rules; and it is further,

**ORDERED**, that all compensation is subject to further order of this Court.

Copies to:
Trustee: Morgan W. Fisher, Esq.
Debtor: Deborah Staudt
Debtor's Counsel: Brian A. Cavanaugh, Esq.
U.S. Trustee

**END OF ORDER**