United States Bankruptcy Court

District of Maryland

In re:                                                                                                                      Case No. 23-12890-DER

Deborah Staudt                                                                                                  Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0416-1  User: admin  Page 1 of 5
Date Rcvd: Jun 08, 2023  Form ID: ntcfilpc  Total Noticed: 149

The following symbols are used throughout this certificate:
**Symbol    Definition**

+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##       Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 10, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Deborah Staudt, 8510 Sandy Plains Road, Dundalk, MD 21222-5617 |
| 32243535 | + | Adam Kelly, 212 S. Wolfe Street, Baltimore, MD 21231-2621 |
| 32243534 | + | Adam and Tabitha Lipinski, 2331 Searles Road, Dundalk, MD 21222-3218 |
| 32243536 | + | Alex Hershaft, 438 E Patapsco Avenue, Brooklyn, MD 21225-1848 |
| 32243537 | + | Alfred Jones and Mattie Miles, 2408 W. Baltimore Street, Baltimore, MD 21223-2133 |
| 32243538 | + | Alicia Flannery Pikerton, 7925 Kavanagh Road, Dundalk, MD 21222-4713 |
| 32243539 | + | Alicia Kelly, 8123 Gray Haven Road, Dundalk, MD 21222-3449 |
| 32243541 | + | Andy Doan, 108 Patapsco Avenue, Dundalk, MD 21222-4247 |
| 32243543 | + | BGE Home, PO Box 13070, Philadelphia, PA 19101-3070 |
| 32243545 | + | Bobbi Pierce and Robert Pierce Jr., 2531 Woodwell Road, Dundalk, MD 21222-2337 |
| 32243546 | + | Brenda Warner, 2222 Redthorne Road, Middle River, MD 21220-4831 |
| 32243547 | + | Broward Neurosurgeons LLC, PO Box 740776, Cincinnati, OH 45274-0776 |
| 32243548 | + | Calvin Wiley, 811 N Marlyn Ave, Essex, MD 21221-2123 |
| 32243549 | + | Camden County Fire Rescue, PO Box 9150, Paducah, KY 42002-9150 |
| 32243551 | + | Carin Smith, 8013 E. Baltimore Street, Baltimore, MD 21224-2012 |
| 32243552 | + | Catherine Sansone, 1733 Lancaster Street #3, Baltimore, MD 21231-3412 |
| 32243553 | + | Charlene Evans, 16 Warren Road, Essex, MD 21221-6930 |
| 32243554 | + | Chris & Shari Zakielarz, 2903 Dunglow Road, Baltimore, MD 21222-5109 |
| 32243555 | + | Chris Brown, 640 Kingston Road, Middle River, MD 21220-4908 |
| 32243556 | + | Ciarra Goodall and Lisa Carroll, 4755 Homesdale Ave, Baltimore, MD 21206-6823 |
| 32243557 | + | City of Baltimore Metered Water, PO Box 17535, Baltimore, MD 21297-1535 |
| 32243558 | + | Claretta Elliot, 7515 Holabird Ave, Dundalk, MD 21222-2103 |
| 32243561 | + | Deneen Jackson, 1915 Larkhall Road, Dundalk, MD 21222-5633 |
| 32243562 | + | Department of Public Works, Public Works/Revenue Collections, PO Box 17535, Baltimore, MD 21297-1535 |
| 32243564 | + | Dorothy Stout, 8123 Gray Haven Road, Dundalk, MD 21222-3449 |
| 32243565 | + | Ellen Carter, 7300 north Point Road, Sparrows Point, MD 21219-1365 |
| 32243567 | + | Enner Alonso and Molses Garcia, 7932 Kavanagh Road, Dundalk, MD 21222-4712 |
| 32243568 | + | Enner Alonzo, 3419 Dunran Road, Dundalk, MD 21222-5947 |
| 32243569 | + | Equity Trust Company / George J. Fair, 2403 Sparrows Point Road, Sparrows Point, MD 21219-1711 |
| 32243570 | + | Equity Trust Company / Kathryn Fair, 2403 Sparrows Point Road, Sparrows Point, MD 21219-1711 |
| 32243571 | + | Eroc and Adriana Cheeks, 2073 Jasmine Road, Dundalk, MD 21222-5637 |
| 32243572 | + | Evision Physician Services, PO Box 3369, Indianapolis, IN 46206-3369 |
| 32243573 | | Express Care, 4009 North Point Blvd, Dundalk, MD 21222 |
| 32243574 | + | Florida United Radiology, PO Box 3369, Indianapolis, IN 46206-3369 |
| 32243575 | + | George Fair, 2825 Ashland Avenue, Baltimore, MD 21205-1737 |
| 32243576 | + | Georgia Mc Candish and Jamie Grace Alexander, 800 Homestead Street, Baltimore, MD 21218-3535 |
| 32243578 | + | Harold Washington, 2999 Yorkway, Dundalk, MD 21222-5357 |
| 32243579 | + | Heather and Sonny Godsay, 1904 Jasmine Road, Dundalk, MD 21222-5619 |
| 32243580 | + | Home Depot, PO Box 790420, Saint Louis, MO 63179-0420 |
| 32243581 | + | J.D. Evans, 200 1/2 S. Patterson PArk Avenue, Baltimore, MD 21231-2123 |
| 32243582 | + | James C. Frank, 640 Kingston Road, Middle River, MD 21220-4908 |
| 32243583 | | Jem Consulting LLC, 7406 Bayfront Road, Rosedale, MD 21237 |
| 32243584 | + | Jennifer and Raymond DeBarge, 1943 Haselmere Road, Dundalk, MD 21222-4754 |
| 32243585 | + | Jerry Bloyer JR>, 2504 Liberty Parkway, Dundalk, MD 21222-3951 |
| 32243588 | + | Joe Vans and Sherri Odonnell, 1917 Gough Street, Baltimore, MD 21231-2639 |

| | | |
|---|---|---|
| District/off: 0416-1 | User: admin | Page 2 of 5 |
| Date Rcvd: Jun 08, 2023 | Form ID: ntcfilpc | Total Noticed: 149 |

```
32243589            +   Joelle Bastien, 4733 Alhambra Avenue, Baltimore, MD 21212-4602
32243590            +   John & Kimberly Gelse, 1963 Inverton Road, Dundalk, MD 21222-4756
32243591            +   John Debere Swooley, 800 Hamstead Street, Baltimore, MD 21218-3535
32243592            +   John Sutt, 2402 Sparrows Point Road, Sparrows Point, MD 21219-1712
32243593            +   Josefina Cabarea, 8428 Kavanagh Road, Dundalk, MD 21222-5625
32243594            +   Joseph Blouin, 5413 Whitlock Road, Sparrows Point, MD 21229-1021
32243595            +   Joseph Kropfeld, 1733 Lancaster Street, Baltimore, MD 21231-3412
32243597            +   Joyce Toatley, 116 Sollers Point Road, Dundalk, MD 21222-6134
32243598            +   K Miller Properties LLC, 2613 Kentucky Avenue, Baltimore, MD 21213-1108
32243599            +   Kaptin Koontz, 2777 The Alameda, Baltimore, MD 21218-4921
32243600            +   Karen Thomas, 2687 Dulany Street, Baltimore, MD 21223-2833
32243601            +   Kathleen Hines, 7515 Holabird Avenue, Dundalk, MD 21222-2103
32243602            +   Keith White and Tiairra Rice, 5413 Whitlock Road, Baltimore, MD 21229-1021
32243603            +   Kelly Williams, 6826 Dunbar Road, Dundalk, MD 21222-5906
32243604            +   Kenneth Cleaver Jr., 1733 Lancaster Street, Baltimore, MD 21231-3412
32243605            +   Kevin Jenkins, 1009 Elton Ave #2, Baltimore, MD 21224-3358
32243606            +   Khang Doan, 4755 Homesdale Ave, Baltimore, MD 21206-6823
32243607            +   Kim Williams and Brittanie Veney, 3307 Dundalk Ave, Dundalk, MD 21222-5912
32243608            +   Kimberly Bisson, 6803 Bessemer Ave, Dundalk, MD 21222-1115
32243609            +   Kimberly Neighoff and Roger Russell, 1704 Melbourne, Dundalk, MD 21222-4821
32243611            +   Lanwood Trauma Surgeons, po bOX 740776, Cincinnati, OH 45274-0776
32243612            +   Latrice Holmes, 215 N Curley Street, Baltimore, MD 21224-1302
32243613            +   Laura Mazel, 837 Park Ave, Baltimore, MD 21201-4891
32243614            +   Lauren, 8434 Kavanagh Road, Dundalk, MD 21222-5625
32243615            +   Lauren Lewis, 1705 Crystsl Ave, Baltimore, MD 21213-3104
32243616            +   Laurie Zyna, 28 Pickersgrill Square, Owings Mills, MD 21117-4511
32243618            +   Lee Martin and Stewart Thorton, 1926 Codd Ave, Dundalk, MD 21222-4706
32243632            +   MB Properties Myers Benton LLC, 826 E. 33rd Street #2, Baltimore, MD 21218-3681
32243621            +   Maplewood Properties LLC, 2610 Liberty Parkway, Dundalk, MD 21222-4411
32243622            +   Marcus Brown, 817 Lolan Ave, Dundalk, MD 21222-1340
32243623            +   Mario & Fumika Urrutia, 1313 E Madison Street, Baltimore, MD 21205-1412
32243624            +   Mark Walker, 33 Holcumb Court, Middle River, MD 21220-3637
32243625            +   Marlane Wilford, 2211 Firethorn Road, Middle River, MD 21220-4808
32243626            +   Marliz Caraballo, 1443 Broening Hywy, Baltimore, MD 21224-5532
32243627            +   Martina Reid, 219 Baltimore Ave, Dundalk, MD 21222-4206
32243628            +   Mary Clare Williams, 34 Portship Road, Dundalk, MD 21222-3854
32243629            +   Mary Downeys, 3406 Mary Ave, Baltimore, MD 21214-2024
32243630            +   Maryland Department of the Envirnmoent, PO Box 23660, Baltimore, MD 21203-5660
32243631            +   Mauriac Alapini and Aaron Bell, 616 E. 29th Street, Baltimore, MD 21218-4226
32243634            +   Micaela Algner-Jacobs, 1463 Kent Road, Essex, MD 21221-6026
32243636            +   Michael & JoAnne Grul, 3122 Freestone Court, Abingdon, MD 21009-3090
32243637            +   Michael Becker, 200 Detroit Avenue, Dundalk, MD 21222-4240
32243638            +   Michael Callis, 1009 Elton Ave #1, Baltimore, MD 21224-3358
32243640            +   Michael Gethers and Shanell Kearney, 2154 Firethorn Road, Middle River, MD 21220-4807
32243641            +   Michael Lazzaro, 2525 S. Snyder Ave, Sparrows Point, MD 21219-1833
32243643            +   Michelle Blimlime, 1313 E. Madison Street, Baltimore, MD 21205-1412
32243644            +   Mike Brown, 1702 Crystal Ave, Baltimore, MD 21213-3105
32243649            +   Old- Golf Street LLC, 5 Longwood Road, Baltimore, MD 21210-2117
32243650            +   Papy Abibayabota, 8829 Punnsbury Place, Rosedale, MD 21237-3922
32243652                Patrick Gaines, 7828 Lang Street 1, Dundalk, MD 21222
32243653            +   Paul Smith, 8613 Quentin Ave #A, Parkville, MD 21234-3830
32243654                Pitney Bowes, PO Box 981026, Boston, MA 02298-1026
32243659            +   Ratyshia Copeland, 7925 Kavanagh Road, Dundalk, MD 21222-4713
32243660            +   Red Brick Properties, 1734 Red Oak Road, Parkville, MD 21234-3708
32243661            +   Respectable Management Property, 8510 Sandy Plains Road, Dundalk, MD 21222-5617
32243663            +   Richard Kanda, 2610 Liberty Pkywy, Dundalk, MD 21222-4411
32243664            +   Richard Ygleslas, 2403 #R Sparrows Point Road, Sparrows Point, MD 21219-1711
32243665            +   Robert Bloyer, 2919 Liberty Parkway, Dundalk, MD 21222-5203
32243666            +   Robert, Mary & Ciare Williams, 6605 O'Donnell Street, Baltimore, MD 21224-3064
32243667            +   Robin Hodge, 775 N Grantley Road, Baltimore, MD 21229-2032
32243668            +   Ruben Muriel and Laysa Santana, 2471 Fairway, Dundalk, MD 21222-3805
32243670            +   Ruth Boyette, 1935 Stanhope Road, Dundalk, MD 21222-4625
32243671            +   Sean Doan, 8613 Quentin Avenue, Parkville, MD 21234-3830
```

| District/off: 0416-1 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Jun 08, 2023 | Form ID: ntcfilpc | Total Noticed: 149 |

| | | |
|---|---|---|
| 32243672 | + | Selina Su, 1917 Gough Street A-2, Baltimore, MD 21231-2639 |
| 32243673 | + | Seth Deepak M.D., 207 Wise Avenue, Dundalk, MD 21222-4911 |
| 32243674 | + | Shaerman Murry, Angela Carmichael and Rodney, 715 Melville Ave, Baltimore, MD 21218-2554 |
| 32243675 | + | Sharnice Hughes, 2609 N. Hilton, Baltimore, MD 21216-1925 |
| 32243676 | + | Sheilia Vazquez, 1704 Melbourne Road, Dundalk, MD 21222-4821 |
| 32243677 | + | Skip and Lorraine Hayes, 3419 Dunran Road, Dundalk, MD 21222-5947 |
| 32243678 | + | Southeast Georgia Health System, PO Box 161028, Atlanta, GA 30321-1028 |
| 32243679 | + | Stacy Cassavaugh, Diana Beecher and Keith Reg, 2075 Larkhall Road, Dundalk, MD 21222-5606 |
| 32243680 | + | Stephen T. Youniss, 19 Fontana Ln, Rosedale, MD 21237-4613 |
| 32243681 | + | Sybil Manning, 3222 Auchentoroly Terrace, Baltimore, MD 21217-1949 |
| 32243685 | + | Theresa Adams, 1917 Gough Street B-2, Baltimore, MD 21231-2639 |
| 32243687 | + | Thomas and Crystal Taylor, 1751 Hilltop Ave, Essex, MD 21221-3038 |
| 32243688 | + | Tony Locastro Family Realty, 2408 W. baltimore Street, Baltimore, MD 21223-2133 |
| 32243689 | + | Towanna Decator, 4222 Berger Ave, Baltimore, MD 21206-3647 |
| 32243690 | + | Troy Young, 66 S. Hawthorne Road, Middle River, MD 21220-4837 |
| 32243694 | + | Vacant, 108 Patapsco Ave, Dundalk, MD 21222-4247 |
| 32243696 | + | Vacant, 1917 Gough Street A-1, Baltimore, MD 21231-2639 |
| 32243695 | + | Vacant, 1917 Gough Street B-1, Baltimore, MD 21231-2639 |
| 32243692 | + | Vacant, 1504 Chilworth Ave, Middle River, MD 21220-3610 |
| 32243697 | + | Vacant, 336 Grovethorn Road, Middle River, MD 21220-4801 |
| 32243693 | + | Vacant, 2601 E monument Street, 2nd floor, Baltimore, MD 21205-2616 |
| 32243698 | + | Valene Ahmed and Michelle DeVincentz, 54 Whittshire Road, Essex, MD 21221-6932 |
| 32243699 | + | Van Doan, 8829 pennsbury, Rosedale, MD 21237-3922 |
| 32243702 | + | Victoria Beasley, 420 Chestnut Court, Dundalk, MD 21222-6153 |
| 32243705 | + | Wilder Castillo, Vilma Chavez and Dorlian Cas, 8052 Kimberly Road, Dundalk, MD 21222-2601 |
| 32243709 | + | William Wilson, 616 E. 29th Street, Baltimore, MD 21218-4226 |

TOTAL: 134

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 32244249 | | Email/Text: bankruptcy@baltimorecountymd.gov | Jun 08 2023 19:21:00 | Deputy County Attorney, Baltimore County Office of Law, 400 Washington Avenue, 2nd Floor, Towson, MD 21204 |
| 32244246 | | Email/Text: Bankruptcymail@marylandtaxes.gov | Jun 08 2023 19:21:00 | Comptroller of the Treasury, Compliance Division, Room 409, 301 W. Preston Street, Baltimore, MD 21201 |
| 32243559 | + | Email/Text: bankruptcy@credencerm.com | Jun 08 2023 19:22:00 | Credence Resource Management, LLC, PO Box 2090, Southgate, MI 48195-4090 |
| 32243566 | + | Email/Text: PBA_Legal@duvasawko.com | Jun 08 2023 19:22:14 | Emergency Resources Group, PO Box 11349, Daytona Beach, FL 32120-1349 |
| 32243577 | + | Email/Text: tdillon@gulfcoastcollection.com | Jun 08 2023 19:21:00 | Gulf Coast Collection Bureau Inc., PO Box 21239, Sarasota, FL 34276-4239 |
| 32243633 | + | EDI: PARALONMEDCREDT | Jun 08 2023 23:18:00 | Medicredit, PO Box 505600, Saint Louis, MO 63150-5600 |
| 32243656 | + | Email/Text: BankruptcyMail@questdiagnostics.com | Jun 08 2023 19:22:00 | Quest Diagnostics, PO Box 740880, Cincinnati, OH 45274-0880 |
| 32243657 | + | Email/Text: ngisupport@radiusgs.com | Jun 08 2023 19:21:00 | Radius Global Solutions, PO Box 390915, Minneapolis, MN 55439-0911 |
| 32243682 | + | EDI: RMSC.COM | Jun 08 2023 23:18:00 | SYNCB/JCP, PO Box 965005, Orlando, FL 32896-5005 |
| 32243683 | + | EDI: RMSC.COM | Jun 08 2023 23:18:00 | SYNCB/Score Rewards, PO Box 960012, Orlando, FL 32896-0012 |
| 32244248 | + | Email/Text: UIBankruptcyNotices.DLLR@maryland.gov | Jun 08 2023 19:22:00 | State of Maryland DLLR, Division of Unemployment Insurance, 1100 N. Eutaw Street, Room 401, Baltimore, MD 21201-2226 |
| 32244247 | + | Email/Text: Bankruptcy_group@baltimorecity.gov | | |

| District/off: 0416-1 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Jun 08, 2023 | Form ID: ntcfilpc | Total Noticed: 149 |

|  |  |  | Jun 08 2023 19:21:00 | Supervisor of Delin. Accts., Abel Wolman Municipal Building, 200 Holliday Street- Room #1 Bankruptcy, Baltimore, MD 21202-3635 |
|---|---|---|---|---|
| 32243703 | + | EDI: WFFC2 | Jun 08 2023 23:18:00 | Wells Fargo Bank NA, P.O Box 6995, Portland, OR 97228-6995 |
| 32243704 | + | EDI: WFFC2 | Jun 08 2023 23:18:00 | Wells Fargo Card Services, PO Box 14517, Des Moines, IA 50306-3517 |
| 32243684 | + | EDI: RMSC.COM | Jun 08 2023 23:18:00 | syncb/scorerewards, PO Box 965005, Orlando, FL 32896-5005 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 32243544 |  | Bionetha Cole, INVALID ADDRESS PROVIDED |
| 32243550 |  | Caressa Gibson, INVALID ADDRESS PROVIDED |
| 32243560 |  | Dana, Jason & Shaw Park, INVALID ADDRESS PROVIDED |
| 32243563 |  | Donnell Gilbert, INVALID ADDRESS PROVIDED |
| 32243586 |  | Jerry Bloyer Sr., INVALID ADDRESS PROVIDED |
| 32243587 |  | Jim Evers, INVALID ADDRESS PROVIDED |
| 32243596 |  | Joshua Baker, INVALID ADDRESS PROVIDED |
| 32243610 |  | Kyle Fuerst and Matthew Goedeke, INVALID ADDRESS PROVIDED |
| 32243617 |  | Lavina Anderson, INVALID ADDRESS PROVIDED |
| 32243619 |  | Linda Corwin, INVALID ADDRESS PROVIDED |
| 32243620 |  | Lydia Haroun, INVALID ADDRESS PROVIDED |
| 32243635 |  | Michael Moody, INVALID ADDRESS PROVIDED |
| 32243639 |  | Michael Carter, INVALID ADDRESS PROVIDED |
| 32243645 |  | Nakia Simmons, INVALID ADDRESS PROVIDED |
| 32243647 |  | Nick Norellli, INVALID ADDRESS PROVIDED |
| 32243648 |  | Noha Porperties, INVALID ADDRESS PROVIDED |
| 32243651 |  | Patricia Parkis, INVALID ADDRESS PROVIDED |
| 32243655 |  | Quality Pathology Group Inc., INVALID ADDRESS PROVIDED |
| 32243658 |  | Rajesh Chopra, INVALID ADDRESS PROVIDED |
| 32243662 |  | Rhonda Holley, INVALID ADDRESS PROVIDED |
| 32243669 |  | Rubin Saroukhanian, INVALID ADDRESS PROVIDED |
| 32243686 |  | Theresa Reyes, INVALID ADDRESS PROVIDED |
| 32243700 |  | Vanzant Group, INVALID ADDRESS PROVIDED |
| 32243701 |  | Viacheslav, INVALID ADDRESS PROVIDED |
| 32243706 |  | Willaim Ray, INVALID ADDRESS PROVIDED |
| 32243707 |  | William Coles, INVALID ADDRESS PROVIDED |
| 32243708 |  | William Hillard, INVALID ADDRESS PROVIDED |
| other | *+ | Kimberly Bisson, 6803 Bessemer Avenue, Dundalk, MD 21222-1115 |
| 32243540 | ##+ | Alikia Shabazz, 146 Carver Road, Dundalk, MD 21222-6201 |
| 32243542 | ##+ | Anne and Victor Mowrey, 2401 Sparrows Point Road, Sparrows Point, MD 21219-1711 |
| 32243642 | ##+ | Michael Pettit, 7714 Bayfront Road, Apt. B and Apt A, Sparrows Point, MD 21219-2202 |
| 32243646 | ##+ | Natalie Fava and Sarah Zuck, 7716 Eastdale Road, Baltimore, MD 21224-2013 |
| 32243691 | ##+ | Tyrell and Shalinda Payne, 1126 Wedgewood Road, Baltimore, MD 21229-1147 |

TOTAL: 27 Undeliverable, 1 Duplicate, 5 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

| | | |
|---|---|---|
| District/off: 0416-1 | User: admin | Page 5 of 5 |
| Date Rcvd: Jun 08, 2023 | Form ID: ntcfilpc | Total Noticed: 149 |

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 10, 2023   Signature:   /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 8, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian A. Cavanaugh | brian.cavanaughlaw@gmail.com  lawofficebrian@netzero.net |
| Jack Ryan Terziu | terziulaw@gmail.com |
| Morgan W. Fisher | trustee@morganfisherlaw.com  MD65@ecfcbis.com,fisher@premierremote.com |

TOTAL: 3

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.: **23−12890 − DER**   Chapter: **7**

**Deborah Staudt**
Debtor

## NOTICE OF NEED TO FILE PROOF OF CLAIM
## DUE TO RECOVERY OF ASSETS

*Notice is Given That:*

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since the notice was sent, assets have been recovered by the trustee.

Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court on or before:   8/31/23.

Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate. A claim may be filed in the office of the clerk of the bankruptcy court on an official form prescribed for as the proof of claim. It may be filed by regular mail. If you wish to receive proof of its receipt by the bankruptcy court, enclose a photocopy of the proof of claim together with a stamped, self−addressed envelope.

There is no fee for filing a proof of claim.

*Any creditor who has filed a proof of claim already need NOT file another proof of claim.*

A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Web site: http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx or at any bankruptcy clerk's office.

Dated: 6/8/23

Mark A. Neal, Clerk of Court
by Deputy Clerk, Yvette Oliver
Team Phone: 410−962−0795

Form ntcfilpc (rev. 12/2015)