United States Bankruptcy Court
District of Maryland

In re:                                                                    Case No. 23-12890-DER

Deborah Staudt                                                            Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0416-1                     User: admin                          Page 1 of 1

Date Rcvd: Jun 22, 2023                  Form ID: pdfparty                     Total Noticed: 2

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 24, 2023:**

**Recip ID**    **Recipient Name and Address**
db    + Deborah Staudt, 8510 Sandy Plains Road, Dundalk, MD 21222-5617

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| | + Email/Text: ustpregion04.ba.ecf@usdoj.gov | Jun 22 2023 19:26:00 | U.S. Trustee Baltimore, 101 W. Lombard St, Room 2650, Baltimore, MD 21201-2623 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2023      Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 22, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian A. Cavanaugh | brian.cavanaughlaw@gmail.com  lawofficebrian@netzero.net |
| Jack Ryan Terziu | terziulaw@gmail.com |
| Morgan W. Fisher | trustee@morganfisherlaw.com  MD65@ecfcbis.com,fisher@premierremote.com |

TOTAL: 3

Entered: June 22nd, 2023
Signed: June 22nd, 2023

**SO ORDERED**



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### *at Baltimore*

In re:

**DEBORAH STAUDT**

**Debtor(s)**

Case No. 23-12890-DER
Chapter 7

### ORDER GRANTING CHAPTER 7 TRUSTEE'S APPLICATION
### FOR AUTHORITY TO EMPLOY ATTORNEY FOR ESTATE

Upon consideration of the Application for Authority to Employ Attorney (the "Application") filed by Morgan W. Fisher, Trustee for the bankruptcy estate of Deborah Staudt (the "Trustee"), and it appearing that the employment of counsel is necessary and in the best interests of the bankruptcy estate, it is by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the Application is hereby GRANTED; and it is further

**ORDERED**, that the Trustee is hereby authorized to employ Morgan W. Fisher with respect to all matters and proceedings arising in or related to this bankruptcy case, with compensation to be determined by further order of this Court; and it is further

**ORDERED**, that Morgan W. Fisher shall be compensated in accordance with the procedures set forth in §§ 330 and 331 of the Bankruptcy Code, the applicable Federal Rules of Bankruptcy Procedure, and the Local Bankruptcy Rules; and it is further,

**ORDERED**, that all compensation is subject to further order of this Court.

Copies to:
Trustee: Morgan W. Fisher, Esq.
Debtor: Deborah Staudt
Debtor's Counsel: Brian A. Cavanaugh, Esq.
U.S. Trustee

### END OF ORDER