**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND**

| | | | |
|---|---|---|---|
| **IN RE:** | | * | |
| | | * | |
| Deborah Staudt | | * | CHAPTER 7 |
| | | * | |
| **Debtor** | | * | **Case No. 23**-12890 |

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

**CERTIFICATION OF SERVICE
OF
AMENDED SCHEDULES**

I, hereby certify that on the 27th day of June 2023, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the Amended Schedules E/FC will be served electronically by the Court's CM/ECF system on the following:

- **Brian A. Cavanaugh**    brian.cavanaughlaw@gmail.com, lawofficebrian@netzero.net
- **Morgan W. Fisher**    trustee@morganfisherlaw.com, MD65@ecfcbis.com;fisher@premierremote.com
- **Jack Ryan Terziu**    terziulaw@gmail.com

I hereby, further certify that on the 27th day of June, 2023 a copy of the Amended Schedules E/F was also mailed first class mail, postage prepaid to:

The attached parties as indicated by the mailing matrix.

I certify under the penalty of perjury that the foregoing is true.

Executed on June 27, 2023

/s/      Brian A. Cavanaugh
Brian A. Cavanaugh, Esq.#08113
25 Shipping Place
Baltimore, MD 21222
Brian.Cavanaughlaw@gmail.com
410-285-0022