**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| IN RE: | * | |
| | * | |
| Deborah Staudt | * | CHAPTER 7 |
| | * | |
| **Debtor** | * | **Case No. 23**-12890 |

\* \* \* \* \* \* \* \* \* \* \* \*

**CERTIFICATION OF SERVICE**
**OF**
**AMENDED STATEMENT OF FINANCIAL AFFAIRS**

I, hereby certify that on the 27th day of June 2023, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the Amended Statement of Financial Affairs will be served electronically by the Court's CM/ECF system on the following:

- **Brian A. Cavanaugh**   brian.cavanaughlaw@gmail.com, lawofficebrian@netzero.net
- **Morgan W. Fisher**   trustee@morganfisherlaw.com, MD65@ecfcbis.com;fisher@premierremote.com
- **Jack Ryan Terziu**   terziulaw@gmail.com

I hereby, further certify that on the 27th day of June, 2023 a copy of the Amended Statement of Financial Affairs was also mailed first class mail, postage prepaid to:

The attached parties as indicated by the mailing matrix.

I certify under the penalty of perjury that the foregoing is true.

Executed on June 27, 2023                /s/      Brian A. Cavanaugh
                                         Brian A. Cavanaugh, Esq.#08113
                                         25 Shipping Place
                                         Baltimore, MD 21222
                                         Brian.Cavanaughlaw@gmail.com
                                         410-285-0022