**Adam and Tabitha Lipinski**
1935 Crafton Avenue
Dundalk, MD 21222


**Adam Kelly**
900 Hidden Mosh Drive
Baltimore, MD 21230


**Advance Radiology**
1576 Merritt Blvd.
Suite 1
Dundalk, MD 21222


**Alex Hershaft**
438 E Patapsco Avenue
Brooklyn, MD 21225


**Alfred Jones and Mattie Miles**
2408 W. Baltimore Street
Baltimore, MD 21223


**Alice Kelly**
8123 Gray Haven Road
Dundalk, MD 21222


**Alicia Flannery Pikerton**
3418 Kingfisher Road
Gilmer, TX 75645


**Alikia Shabazz**
146 Carver Road
Dundalk, MD 21222


**Andy Doan**
2 Quiet Cove Court
Essex, MD 21221


**Anne and Victor Mowrey**
2401 Sparrows Point Road
Sparrows Point, MD 21219


**BGE Home**
PO Box 13070
Philadelphia, PA 19101


**Bionetha Cole**
3448 Barkley Woods Road
Windsor Mill, MD 21244


**Bobbi Pierce and Robert Pierce Jr.**
2531 Woodwell Road
Dundalk, MD 21222

Brenda Warner
2222 Redthorne Road
Middle River, MD 21220


Broward Neurosurgeons LLC
PO Box 740776
Cincinnati, OH 45274


Calvin Wiley
811 N Marlyn Ave
Essex, MD 21221


Camden County Fire Rescue
PO Box 9150
Paducah, KY 42002


Caressa Gibson
5004 Honeygo center Drive
Suite 102
Curtis Bay, MD 21226


Carin Smith
8013 E. Baltimore Street
Baltimore, MD 21224


Catherine Sansone
1733 Lancaster Street #3
Baltimore, MD 21231


Charlene Evans
16 Warren Road
Essex, MD 21221


Chris & Shari Zakielarz
6418 Brinton Lone
Fork, MD 21051


Chris Brown
640 Kingston Road
Middle River, MD 21220


Ciarra Goodall and Lisa Carroll
4755 Homesdale Ave
Baltimore, MD 21206


City of Baltimore Metered Water
PO Box 17535
Baltimore, MD 21297


Claretta Elliot
7515 Holabird Ave
Dundalk, MD 21222

**Credence Resource Management, LLC**
**PO Box 2090**
**Southgate, MI 48195**


**Dana, Jason & Shaw Park**
**835 SE Greenhill Road**
**Pullman, WA 99163**


**Deneen Jackson**
**1915 Larkhall Road**
**Dundalk, MD 21222**


**Department of Public Works**
**Public Works/Revenue Collections**
**PO Box 17535**
**Baltimore, MD 21297**


**Donnell Gilbert**
**2316 Bluegrass Heights**
**Rosedale, MD 21237**


**Dorothy Stout**
**8123 Gray Haven Road**
**Dundalk, MD 21222**


**Ellen Carter**
**2624 Liberty Parkway**
**Dundalk, MD 21222**


**Emergency Resources Group**
**PO Box 11349**
**Daytona Beach, FL 32120**


**Enner Alonso and Molses Garcia**
**7932 Kavanagh Road**
**Dundalk, MD 21222**


**Enner Alonzo**
**3419 Dunran Road**
**Dundalk, MD 21222**


**Equity Trust Company / George J. Fair**
**P.O Box 38**
**Baldwin, MD 21013**


**Equity Trust Company / Kathryn Fair**
**P.O Box 38**
**Baldwin, MD 21013**


**Eroc and Adriana Cheeks**
**2073 Jasmine Road**
**Dundalk, MD 21222**

**Evision Physician Services**
**PO Box 3369**
**Indianapolis, IN 46206**


**Express Care**
**4009 North Point Blvd**
**Dundalk, MD 21222**


**Fivemile Creek Emergency Physicians LLC**
**P.O. Box 37852**
**Philadelphia, PA 19101**


**Florida  United Radiology**
**PO Box  3369**
**Indianapolis, IN 46206**


**GBMC Health Partners**
**8600 LaSalle Road**
**Suite 1100**
**Towson, MD 21286**


**George Fair**
**P.O Box 38**
**Baldwin, MD 21013**


**Georgia Mc Candish and Jamie Grace Alexander**
**800 Homestead Street**
**Baltimore, MD 21218**


**Gulf Coast Collection Bureau Inc.**
**PO Box 21239**
**Sarasota, FL 34276**


**Harold Washington**
**2999 Yorkway**
**Dundalk, MD 21222**


**Heather and Sonny Godsay**
**1904 Jasmine Road**
**Dundalk, MD 21222**


**Home Depot**
**PO Box  790420**
**Saint Louis, MO 63179**


**J.D. Evans**
**3015 N 15th Street**
**Lynnwood, WA 98046**


**James C. Frank**
**305 Hilton Avenue**
**Catonsville, MD 21228**

**Jem Consulting LLC**
**10004 Pulaski Hwy**
**Middle River, MD 21220**


**Jennifer and Raymond DeBarge**
**1943 Haselmere Road**
**Dundalk, MD 21222**


**Jerry Bloyer JR.**
**6726 Mallard Road**
**Middle River, MD 21220**


**Jerry Bloyer Sr.**
**6726 Mallard Road**
**Middle River, MD 21220**


**JHHCG Connections**
**5901 Holabird Ave.**
**Baltimore, MD 21224**


**Jim Evers**
**7342 Better Hours Court**
**Columbia, MD 21045**


**Joelle Bastien**
**10448 Silvervine Court**
**Waldorf, MD 20603**


**John & Kimberly Gelse**
**1963 Inverton Road**
**Dundalk, MD 21222**


**John and Barbara Sweeley**
**612 East 34th Street**
**Baltimore, MD 21218**


**John Sutt**
**2402 Sparrows Point Road**
**Sparrows Point, MD 21219**


**Josefina Cabarea**
**8428 Kavanagh Road**
**Dundalk, MD 21222**


**Joseph Blouin**
**13800 Kennard Drive**
**Glenelg, MD 21737**


**Joseph Kropfeld**
**402 E 39th Street**
**Baltimore, MD 21218**

**Joshua Baker**
**7828 Lang Street 2**
**Dundalk, MD 21222**


**Joyce Toatley**
**7504 Heatherfield Drive**
**Windsor Mill, MD 21244**


**K Miller Properties LLC**
**1601 18th Street NW**
**Washington, DC 20009**


**Kaptin Koontz**
**2110 Garcy Green Palce**
**Silver Spring, MD 20910**


**Karen Thomas**
**4801 Colonel Place**
**Upper Marlboro, MD 20772**


**Kathleen Haines**
**8428 Kavanagh Road**
**Dundalk, MD 21222**


**Kauffs of Ft. Pierce**
**8920 Glades Cutoff Road**
**Port Saint Lucie, FL 34986**


**Keith White and Tiairra Rice**
**5413 Whitlock Road**
**Baltimore, MD 21229**


**Kelly Williams**
**1621 Foxboro Loop**
**Crystal River, FL 34429**


**Kenneth Cleaver Jr.**
**1733 Lancaster Street**
**Baltimore, MD 21231**


**Kevin Jenkins**
**1009 Elton Ave #2**
**Baltimore, MD 21224**


**Khang Doan**
**2 Quiet Cove Court**
**Essex, MD 21221**


**Kim Williams and Brittanie Veney**
**3307 Dundalk Ave**
**Dundalk, MD 21222**

**Kimberly  Bisson**
**6803 Bessemer Ave**
**Dundalk, MD 21222**


**Kimberly Neighoff and Roger Russell**
**1704 Melbourne**
**Dundalk, MD 21222**


**Kyle Fuerst and Matthew Goedeke**
**104 Chapel Street**
**Baltimore, MD 21231**


**Lanwood Trauma Surgeons**
**po bOX 740776**
**Cincinnati, OH 45274**


**Latrice Holmes**
**215 N Curley Street**
**Baltimore, MD 21224**


**Laura Mazel**
**Tribune Tower 409 13th Street**
**Suite 1800**
**Oakland, CA 94612**


**Lauren**
**8434 Kavanagh Road**
**Dundalk, MD 21222**


**Lauren Lewis**
**1705 Crystsl Ave**
**Baltimore, MD 21213**


**Laurie Zyna**
**9654 Magledt Road**
**Parkville, MD 21234**


**Lavina Anderson**
**2504 Liberty Pkwy**
**Dundalk, MD 21222**


**Lawnwood Anesthesia Providers LLC**
**P.O. Box 745851**
**Atlanta, GA 30374**


**Lawnwood Healthcare Spec DBA Lawnwood**
**P.O. Box 100954**
**Atlanta, GA 30384**


**Lawnwood Regional Medical Center**
**P.O. Box 402781**
**Atlanta, GA 30384**

**Lee Martin and Stewart Thorton**
**1926 Codd Ave**
**Dundalk, MD 21222**


**Linda Corwin**
**1935 Stanhope Road**
**Dundalk, MD 21222**


**Lydia Haroun**
**1155 Court of Fiddlers of Green**
**Bel Air, MD 21015**


**Maplewood Properties LLC**
**1219  Shady Creek Road**
**Marriottsville, MD 21104**


**Marcus Brown**
**817 Lolan Ave**
**Dundalk, MD 21222**


**Mario & Fumika Urrutia**
**9812 Falls Road**
**Potomac, MD 20854**


**Mark Walker**
**33 Holcumb Court**
**Middle River, MD 21220**


**Marlane Wilford**
**2211 Firethorn Road**
**Middle River, MD 21220**


**Marliz Caraballo**
**1443 Broening Hywy**
**Baltimore, MD 21224**


**Martina Reid**
**2000 Laqrkhall Road**
**Dundalk, MD 21222**


**Mary Clare Williams**
**33381 West Post Office Road**
**Princess Anne, MD 21853**


**Mary Downeys**
**3406 Mary Ave**
**Baltimore, MD 21214**


**Maryland Department of Labor**
**1100 North Eutaw Street**
**Baltimore, MD 21201**

Maryland Department of the Envirnmoent  
PO Box  23660  
Baltimore, MD 21203


Mauriac Alapini and Aaron Bell  
616 E. 29th Street  
Baltimore, MD 21218


MB Properties Myers Benton LLC  
10332 Main Street  
Fairfax, VA 22030


Medicredit  
PO Box 505600  
Saint Louis, MO 63150


Micaela Algner-Jacobs  
1502 Galena Road  
Essex, MD 21221


Michael  Moody  
461 Crisfield Drive  
Abingdon, MD 21009


Michael & JoAnne Grul  
2107 S. River Rock Drive  
Papillion, NE 68046


Michael Becker  
3308 Cornwall Road  
Dundalk, MD 21222


Michael Blimlime  
1313 E. Madison Street  
Baltimore, MD 21205


Michael Callis  
1009 Elton Ave #1  
Baltimore, MD 21224


Michael Carter  
4224 Herrera Court  
Randallstown, MD 21133


Michael Gethers and Shanell Kearney  
2154 Firethorn Road  
Middle River, MD 21220


Michael Lazzaro  
PO Box 25873  
Baltimore, MD 21224

**Michael Pettit**
**25825 Mews Terrace**
**Fort Howard, MD 21052**

**Mike Brown**
**6212 Falkirk Road**
**Baltimore, MD 21239**

**Nakia Simmons**
**1102 Foxwood Lane**
**Dundalk, MD 21222**

**Natalie Fava and Sarah Zuck**
**7716 Eastdale Road**
**Baltimore, MD 21224**

**Nick Norellli**
**1421 S. Hanover Street**
**Baltimore, MD 21230**

**Noha Porperties**
**1607 Babero Avenue**
**San Jose, CA 95118**

**Old- Golf Street LLC**
**5 Longwood Road**
**Baltimore, MD 21210**

**Papy Abibayabota**
**8829 Punnsbury Place**
**Rosedale, MD 21237**

**Patricia Parkis**
**2466 Keyway**
**Dundalk, MD 21222**

**Patrick Gaines**
**7828 Lang Street 1**
**Dundalk, MD 21222**

**Paul Smith**
**8613 Quentin Ave #A**
**Parkville, MD 21234**

**Pitney Bowes**
**PO Box 981026**
**Boston, MA 02298-1026**

**Quality Pathology Group Inc.**
**PO Box 63069**
**Pacific, MO 63069**

**Quest Diagnostics**
**PO Box 740880**
**Cincinnati, OH 45274**


**Radius Global Solutions**
**PO Box 390915**
**Minneapolis, MN 55439**


**Rajesh Chopra**
**7819 Wise Avenue**
**Dundalk, MD 21222**


**Ratyshia Copeland**
**7925 Kavanagh Road**
**Dundalk, MD 21222**


**Red Brick Properties**
**P.O Box 38**
**Baldwin, MD 21013**


**Respectable Management Property**
**8510 Sandy Plains Road**
**Dundalk, MD 21222**


**Rhonda Holley**
**9402 Windpipe Road**
**Middle River, MD 21220**


**Richard Kanda**
**2610 Liberty Pkywy**
**Dundalk, MD 21222**


**Richard Ygleslas**
**2403 #R Sparrows Point Road**
**Sparrows Point, MD 21219**


**Robert Bloyer**
**P.O Box 531**
**Parkton, MD 21120**


**Robert, Mary & Ciare Williams**
**33381 West Post Office Road**
**Princess Anne, MD 21853**


**Robin Hodge**
**3540 Crain Hwy**
**Bowie, MD 20716**


**Ruben Muriel and Laysa Santana**
**2471 Fairway**
**Dundalk, MD 21222**

**Rubin Saroukhanian**
**425 Carters Glen Drive**
**Nashville, TN 37221**


**Ruth Boyette**
**3720 Murrow Street**
**New Port Richey, FL 34655**


**Sean Doan**
**c/o Polished Nails; 1149 Merritt Blcd**
**Dundalk, MD 21222**


**Selina Su**
**1917 Gough Street A-2**
**Baltimore, MD 21231**


**Seth Deepak M.D.**
**207 Wise Avenue**
**Dundalk, MD 21222**


**Shaerman Murry, Angela Carmichael and Rodney**
**715 Melville Ave**
**Baltimore, MD 21218**


**Sharnice Hughes**
**2609 N. Hilton**
**Baltimore, MD 21216**


**Sheilia Vazquez**
**1111 Gladway Road**
**Middle River, MD 21220**


**Sherri Odonnell**
**1917 Gough Street**
**Baltimore, MD 21231**


**Skip and Lorraine Hayes**
**5320 Patterson Road**
**Baldwin, MD 21013**


**Southeast Georgia Health System**
**PO Box 161028**
**Atlanta, GA 30321**


**Southern Crane and Wrecker Service**
**3636 Phoenix Avenue**
**Jacksonville, FL 32206**


**Stacy Cassavaugh, Diana Beecher and Keith Reg**
**2075 Larkhall Road**
**Dundalk, MD 21222**

Stephen T. Youniss
19 Fontana Ln
Rosedale, MD 21237


Sybil Manning
3222 Auchentoroly Terrace
Baltimore, MD 21217


SYNCB/JCP
PO Box 965005
Orlando, FL 32896


SYNCB/Score Rewards
PO Box 960012
Orlando, FL 32896


syncb/scorerewards
PO Box 965005
Orlando, FL 32896


Theresa Adams
1917 Gough Street B-2
Baltimore, MD 21231


Theresa Reyes
P.O Box 42581
Washington, DC 20015


Thomas and Crystal Taylor
1751 Hilltop Ave
Essex, MD 21221


Tony Locastro Family Realty
924 Judge Court East
West River, MD 20778


Towanna Decator
4222 Berger Ave
Baltimore, MD 21206


Troy Young
13710 Baldwin Mill Road
Baldwin, MD 21013


Tyrell and Shalinda Payne
1126 Wedgewood Road
Baltimore, MD 21229


Valene Ahmed and Michelle DeVincentz
54 Whittshire Road
Essex, MD 21221

**Van Doan**
**9807  Harford Road**
**Parkville, MD 21234**


**Vanzant Group**
**2714  Sparrows Point - Storage**
**Sparrows Point, MD 21219**


**Viacheslav**
**2520 Sycamore Ave**
**Sparrows Point, MD 21219**


**Victoria Beasley**
**P.O Box 6534**
**Columbia, MD 21045**


**Wells Fargo Bank NA**
**P.O Box 6995**
**Portland, OR 97228**


**Wells Fargo Card Services**
**PO Box 14517**
**Des Moines, IA 50306**


**Wilder Castillo, Vilma Chavez and Dorlian Cas**
**8052 Kimberly Road**
**Dundalk, MD 21222**


**Willaim Ray**
**13 Macintosh Court**
**Middle River, MD 21220**


**William Coles**
**13120  Chapel Hills Drive**
**Fredericksburg, VA 22407**


**William Hillard**
**54 Scott Adams Road**
**Cockeysville, MD 21030**


**William Wilson**
**38 Riviera Court**
**Charles Town, WV 25414**

United States Bankruptcy Court

District of Maryland

In re: Deborah Staudt

Case No. 23-12890

Chapter 7

Debtor(s)

## Verification of Creditor Matrix

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 06/27/2023

/s/ Deborah Staudt
Signature of Debtor

_____
Signature of Joint Debtor