UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND

IN RE:                              *       CASE NO. 23-12890
                                    *
    Deborah Staudt                  *       CHAPTER 7
                                    *
        Debtor                      *
                                    *
*   *   *   *   *   *   *   *   *   *   *   *   *


**LINE AMENDING MATRIX**

Dear Clerk,

    The Debtors named above hereby Amends the Creditor Matrix of record in this case as follows: Added Creditors:


    List of all Added Creditors on the Amended Matrix:

Advance Radiology
1576 Merritt Blvd.
Suite 1
Dundalk, MD 21222

Alice Kelly
8123 Gray Haven Road
Dundalk, MD 21222

Fivemile Creek Emergency Physicians LLC P.O. Box 37852
Philadelphia, PA 19101

GBMC Health Partners 8600 LaSalle Road Suite 1100
Towson, MD 21286

JHHCG Connections
5901 Holabird Ave. Baltimore, MD 21224

John and Barbara Sweeley
612 East 34th Street
Baltimore, MD 21218

Kauffs of Ft. Pierce
8920 Glades Cutoff Road Port Saint Lucie, FL 34986

Lawnwood Anesthesia Providers LLC
P.O. Box 745851
Atlanta, GA 30374

Lawnwood Healthcare Spec DBA Lawnwood P.O. Box 100954
Atlanta, GA 30384

Lawnwood Regional Medical Center
P.O. Box 402781
Atlanta, GA 30384

Maryland Department of Labor 1100 North Eutaw Street Baltimore, MD 21201

Michael Blimlime
1313 E. Madison Street Baltimore, MD 21205

Sherri Odonnell
1917 Gough Street
Baltimore, MD 21231

Southern Crane and Wrecker Service 3636 Phoenix Avenue
Jacksonville, FL 32206


Dated: 7/07/2023                 /s/Brian A. Cavanaugh
                                 Brian A. Cavanaugh, Esq.#08113
                                 25 Shipping Place
                                 Baltimore, MD 21222
                                 Brian.Cavanaughlaw@gmail.com

United Stated Bankruptcy Court
District of Maryland

In re;  Deborah Staudt                     Case#: 23-12890
                                                     Chapter 7

Debtor:
  Deborah Staudt

## Verification of Amended Creditor Matrix

The above-named Debtor hereby verify that the attached list of added creditors is true and correct to the best of their knowledge.

Date: 7/07/2023                              /s/ Deborah Staudt_------------
                                                                                  Signature of Debtor