**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| IN RE: | * | |
| | * | |
| Deborah Staudt | * | CHAPTER 7 |
| | * | |
| **Debtor** | * | **Case No. 23**-12890 |

\* \* \* \* \* \* \* \* \* \* \* \*

**CERTIFICATION OF SERVICE
OF
<u>AMENDED ADDED CREDITOR MATRIX</u>**

I, hereby certify that on the 7th day of July 2023, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the Amended Creditor Matrix Affairs will be served electronically by the Court's CM/ECF system on the following:

- **Brian A. Cavanaugh**   brian.cavanaughlaw@gmail.com, lawofficebrian@netzero.net
- **Morgan W. Fisher**   trustee@morganfisherlaw.com, MD65@ecfcbis.com;fisher@premierremote.com
- **Jack Ryan Terziu**   terziulaw@gmail.com

I hereby, further certify that on the 7th day of July, 2023 a copy of the Amended Added Creditor Matrix was also mailed first class mail, postage prepaid to:

The attached parties as indicated by the mailing matrix.

I certify under the penalty of perjury that the foregoing is true.

Executed on July 7, 2023                       /s/      Brian A. Cavanaugh
                                               Brian A. Cavanaugh, Esq.#08113
                                               25 Shipping Place
                                               Baltimore, MD 21222
                                               Brian.Cavanaughlaw@gmail.com
                                               410-285-0022