List of all <u>Added Creditors</u> on the
Amended Matrix:


**Advance Radiology**
**1576 Merritt Blvd.**
**Suite 1**
**Dundalk, MD 21222**


Alice Kelly
8123 Gray Haven Road
Dundalk, MD 21222

AMENDED

AMENDED

AMENDED

**Fivemile Creek Emergency Physicians LLC**
**P.O. Box 37852**
**Philadelphia, PA 19101**


**GBMC Health Partners**
**8600 LaSalle Road**
**Suite 1100**
**Towson, MD 21286**

AMENDED

**JHHCG Connections**
**5901 Holabird Ave. Baltimore,**
**MD 21224**


**John and Barbara Sweeley**
612 East 34th Street
Baltimore, MD 21218

AMENDED

```
Kauffs of Ft. Pierce
8920 Glades Cutoff Road
Port Saint Lucie, FL 34986
```

AMENDED

**Lawnwood Anesthesia Providers LLC**
**P.O. Box 745851**
**Atlanta, GA 30374**


**Lawnwood Healthcare Spec DBA Lawnwood**
**P.O. Box 100954**
**Atlanta, GA 30384**


**Lawnwood Regional Medical Center**
**P.O. Box 402781**
**Atlanta, GA 30384**

AMENDED

Maryland Department of Labor
1100 North Eutaw Street
Baltimore, MD 21201

AMENDED

Michael Blimlime
1313 E. Madison Street
Baltimore, MD 21205

AMENDED

AMENDED

Sherri Odonnell
1917 Gough Street
Baltimore, MD 21231


Southern Crane and Wrecker Service
3636 Phoenix Avenue
Jacksonville, FL 32206

AMENDED

AMENDED

AMENDED

United States Bankruptcy Court

District of Maryland

In re:

     Deborah  Staudt

            Debtor:

          Deborah  Staudt

Case No.  23-12890

Chapter   7

**Verification of Amended Creditor Matrix**

      The above-named Debtor(s) hereby verify that the attached list of added creditors is true and correct to the best of their knowledge.

Date: _____07/07/2023_____

/s/ Deborah  Staudt
_____
Signature of Debtor


_____
Signature of Joint Debtor