**Adam and Tabitha Lipinski**
**1935 Crafton Avenue**
**Dundalk, MD 21222**

**Adam Kelly**
**900 Hidden Mosh Drive**
**Baltimore, MD 21230**

**Alicia Flannery Pikerton**
**3418 Kingfisher Road**
**Gilmer, TX 75645**

**Andy Doan**
**2 Quiet Cove Court**
**Essex, MD 21221**

**Bionetha Cole**
**3448 Barkley Woods Road**
**Windsor Mill, MD 21244**

**Chris & Shari Zakielarz**
**6418 Brinton Lone**
**Fork, MD 21051**

**Dana, Jason & Shaw Park**
**835 SE Greenhill Road**
**Pullman, WA 99163**

**Donnell Gilbert**
**2316 Bluegrass Heights**
**Rosedale, MD 21237**

**Ellen Carter**
**2624 Liberty Parkway**
**Dundalk, MD 21222**

**Equity Trust Company/ George J.**
**Fair**
**PO Box 38**
**Baldwin, MD 21013**

**Equity Trust Company/ Kathryn Fair**
**PO Box 38**
**Baldwin, MD 21013**

George Fair
P.O Box 38
Baldwin, MD 21013

J.D. Evans
3015 N 15th Street
Lynnwood, WA 98046

James C. Frank
305 Hilton Avenue
Catonsville, MD 21228

Jem Consulting LLC
10004 Pulaski Hwy
Middle River, MD 21220

Jerry Bloyer JR.
6726 Mallard Road
Middle River, MD 21220

Jerry Bloyer Sr.
6726 Mallard Road
Middle River, MD 21220

Jim Evers
7342 Better Hours Court
Columbia, MD 21045

Joelle Bastien
10448 Silvervine Court
Waldorf, MD 20603

Joseph Blouin
13800 Kennard Drive
Glenelg, MD 21737

Joseph Kropfeld
402 E 39th Street
Baltimore, MD 21218

Joyce Toatley
7504 Heatherfield Drive
Windsor Mill, MD 21244

K Miller Properties LLC
1601 18th Street NW
Washington, DC 20009

Kaptin Koontz
2110 Garcy Green Palce
Silver Spring, MD 20910

Karen Thomas
4801 Colonel Place
Upper Marlboro, MD 20772

Kathleen Haines
8428 Kavanagh Road
Dundalk, MD 21222

Kelly Williams
1621 Foxboro Loop
Crystal River, FL 34429

Khang Doan
2 Quiet Cove Court
Essex, MD 21221

Laura Mazel
Tribune Tower 409 13th Street
Suite 1800
Oakland, CA 94612

Lydia Haroun
1155 Court of Fiddlers of Green Bel Air, MD 21015

Maplewood Properties LLC
1219 Shady Creek Road
Marriottsville, MD 21104

Martina Reid
2000 Laqrkhall Road
Dundalk, MD 21222

Mary Clare Williams
33381 West Post Office Rd
Princess Anne, MD 21853

MB Properties Myers Benton LLC
10332 Main Street
Fairfax, VA 22030

Micaela Algner-Jacobs
1502 Galena Road
Essex, MD 21221

Michael Moody
461 Crisfield Drive
Abingdon, MD 21009

Michael & JoAnne Grul
2107 S. River Rock Drive
Papillion, NE 68046

Michael Becker
3308 Cornwall Road
Dundalk, MD 21222

Michael Carter
4224 Herrera Court
Randallstown, MD 21133

Michael Lazzaro
PO Box 25873
Baltimore, MD 21224

Michael Pettit
25825 Mews Terrace
Fort Howard, MD 21052

Mike Brown
6212 Falkirk Road
Baltimore, MD 21239

Nick Norellli
1421 S. Hanover Street
Baltimore, MD 21230

Noha Porperties
1607 Babero Avenue
San Jose, CA 95118

Rajesh Chopra
7819 Wise Avenue
Dundalk, MD 21222

Red Brick Properties
P.O Box 38
Baldwin, MD 21013

Robert Bloyer
P.O Box 531
Parkton, MD 21120

Robert, Mary & Ciare
Williams 33381 West
Post Office Road
Princess Anne, MD 21853

Robin Hodge
3540 Crain Hwy
Bowie, MD 20716

Rubin Saroukhanian
425 Carters Glen Drive
Nashville, TN 37221

Ruth Boyette
3720 Murrow Street
New Port Richey, FL 34655

Sean Doan
c/o Polished Nails;
1149 Merritt Blvd
Dundalk, MD 21222

Rubin Saroukhanian
425 Carters Glen Drive
Nashville, TN 37221

Ruth Boyette
3720 Murrow Street
New Port Richey, FL 34655

Sean Doan
c/o Polished Nails;
1149 Merritt Blvd
Dundalk, MD 21222

Sheilia Vazquez
1111 Gladway Road
Middle River, MD 21220

Skip and Lorraine Hayes
5320 Patterson Road
Baldwin, MD 21013

Sybil Manning
3222 Auchentoroly Terrace
Baltimore, MD 21217

Theresa Reyes
PO Box 42581
Washington, DC 20015

Thomas and Crystal Taylor
1751 Hilltop Ave
Essex, MD 21221

Tony Locastro Family Realty
924 Judge Court East
West River, MD 20778

Troy Young
13710 Baldwin Mill Road
Baldwin, MD 21013

Van Doan
9807 Harford Road
Parkville, MD 21234

Vanzant Group
2714 Sparrows Point - Storage
Sparrows Point, MD 21219

Victoria Beasley
P.O Box 6534
Columbia, MD 21045

Willaim Ray
13 Macintosh Court
Middle River, MD 21220

William Coles
13120 Chapel Hills Drive
Fredericksburg, VA 22407

William Hillard
54 Scott Adams Road
Cockeysville, MD 21030

William Wilson
38 Riviera Court
Charles Town, WV 25414

United States Bankruptcy Court

District of Maryland

In re: Deborah Staudt

Debtor(s)

Case No. 23-12890

Chapter 7

## Verification of Creditor Matrix

The above-named Debtor(s) hereby verify that the attached list of amended addresses of the creditors is true and correct to the best of their knowledge.

Date: 07/10/2023

/s/ Deborah Staudt
Signature of Debtor

_____
Signature of Joint Debtor