# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Baltimore

In re:   Case No.: **23−12890 − DER**   Chapter: **7**

**Deborah Staudt**
Debtor

## NOTICE THAT CASE IS ELIGIBLE
## TO BE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−captioned case is eligible to be closed without entry of discharge as Debtor did not file Official Form 423, Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management.

Dated: 8/2/23

Mark A. Neal, Clerk of Court
by Deputy Clerk, Kizzy Fraser
410−962−4277

Form clsnodsc