Certificate Number: 00437-MD-DE-037649313

Bankruptcy Case Number: 23-12890



00437-MD-DE-037649313

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 4, 2023, at 10:27 o'clock AM MDT, DEBORAH STAUDT completed a course on personal financial management given by internet by Black Hills Children's Ranch, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of Maryland.

Date:   August 4, 2023

By:   /s/Kimberly Jackson

Name:   Kimberly Jackson

Title:   Accredited Financial Counselor