United States Bankruptcy Court

District of Maryland

In re:  Case No. 23-12890-DER

Deborah Staudt  Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0416-1 | User: admin | Page 1 of 5 |
| Date Rcvd: Aug 07, 2023 | Form ID: 318 | Total Noticed: 177 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 09, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Deborah Staudt, 8510 Sandy Plains Road, Dundalk, MD 21222-5617 |
| 32243535 | | Adam Kelly, 900 Hidden Mosh Drive, Baltimore, MD 21230 |
| 32243534 | + | Adam and Tabitha Lipinski, 1935 Crafton Avenue, Dundalk, MD 21222-1709 |
| 32298040 | + | Advance Radiology, 1576 Merritt Blvd., Suite 1, Dundalk, MD 21222-2114 |
| 32243536 | + | Alex Hershaft, 438 E Patapsco Avenue, Brooklyn, MD 21225-1848 |
| 32243537 | + | Alfred Jones and Mattie Miles, 2408 W. Baltimore Street, Baltimore, MD 21223-2133 |
| 32298059 | + | Alice Kelly, 8123 Gray Haven Road, Dundalk, MD 21222-3449 |
| 32243538 | + | Alicia Flannery Pikerton, 3418 Kingfisher Road, Gilmer, TX 75645-7292 |
| 32243539 | + | Alicia Kelly, 8123 Gray Haven Road, Dundalk, MD 21222-3449 |
| 32243541 | + | Andy Doan, 2 Quiet Cove Court, Essex, MD 21221-6084 |
| 32243543 | + | BGE Home, PO Box 13070, Philadelphia, PA 19101-3070 |
| 32243544 | + | Bionetha Cole, 3448 Barkley Woods Road, Windsor Mill, MD 21244-3600 |
| 32243545 | + | Bobbi Pierce and Robert Pierce Jr., 2531 Woodwell Road, Dundalk, MD 21222-2337 |
| 32243546 | + | Brenda Warner, 2222 Redthorne Road, Middle River, MD 21220-4831 |
| 32243547 | + | Broward Neurosurgeons LLC, PO Box 740776, Cincinnati, OH 45274-0776 |
| 32243548 | + | Calvin Wiley, 811 N Marlyn Ave, Essex, MD 21221-2123 |
| 32243549 | + | Camden County Fire Rescue, PO Box 9150, Paducah, KY 42002-9150 |
| 32243551 | + | Carin Smith, 8013 E. Baltimore Street, Baltimore, MD 21224-2012 |
| 32243552 | + | Catherine Sansone, 1733 Lancaster Street #3, Baltimore, MD 21231-3412 |
| 32243553 | + | Charlene Evans, 16 Warren Road, Essex, MD 21221-6930 |
| 32243554 | | Chris & Shari Zakielarz, 6418 Brinton Lone, Fork, MD 21051 |
| 32243555 | #+ | Chris Brown, 640 Kingston Road, Middle River, MD 21220-4908 |
| 32243556 | + | Ciarra Goodall and Lisa Carroll, 4755 Homesdale Ave, Baltimore, MD 21206-6823 |
| 32243557 | + | City of Baltimore Metered Water, PO Box 17535, Baltimore, MD 21297-1535 |
| 32243558 | + | Claretta Elliot, 7515 Holabird Ave, Dundalk, MD 21222-2103 |
| 32243560 | + | Dana, Jason & Shaw Park, 835 SE Greenhill Road, Pullman, WA 99163-2416 |
| 32243561 | + | Deneen Jackson, 1915 Larkhall Road, Dundalk, MD 21222-5633 |
| 32243562 | + | Department of Public Works, Public Works/Revenue Collections, PO Box 17535, Baltimore, MD 21297-1535 |
| 32243563 | + | Donnell Gilbert, 2316 Bluegrass Heights, Rosedale, MD 21237-1466 |
| 32243564 | + | Dorothy Stout, 8123 Gray Haven Road, Dundalk, MD 21222-3449 |
| 32243567 | + | Enner Alonso and Molses Garcia, 7932 Kavanagh Road, Dundalk, MD 21222-4712 |
| 32243568 | + | Enner Alonzo, 3419 Dunran Road, Dundalk, MD 21222-5947 |
| 32243569 | + | Equity Trust Company, George J. Fair, PO Box 38, Baldwin, MD 21013-0038 |
| 32243570 | + | Equity Trust Company/ Kathryn Fair, PO Box 38, Baldwin, MD 21013-0038 |
| 32243571 | + | Eroc and Adriana Cheeks, 2073 Jasmine Road, Dundalk, MD 21222-5637 |
| 32243572 | + | Evision Physician Services, PO Box 3369, Indianapolis, IN 46206-3369 |
| 32243573 | | Express Care, 4009 North Point Blvd, Dundalk, MD 21222 |
| 32298060 | + | Fivemile Creek Emergency Physicians LLC, P.O. Box 37852, Philadelphia, PA 19101-0152 |
| 32243574 | + | Florida United Radiology, PO Box 3369, Indianapolis, IN 46206-3369 |
| 32298061 | | GBMC Health Partners, 8600 LaSalle Road Suite 1100, Towson, MD 21286 |
| 32243575 | + | George Fair, P.O Box 38, Baldwin, MD 21013-0038 |
| 32243576 | + | Georgia Mc Candish and Jamie Grace Alexander, 800 Homestead Street, Baltimore, MD 21218-3535 |

| District/off: 0416-1 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Aug 07, 2023 | Form ID: 318 | Total Noticed: 177 |

| | | |
|---|---|---|
| 32243578 | + | Harold Washington, 2999 Yorkway, Dundalk, MD 21222-5357 |
| 32243579 | + | Heather and Sonny Godsay, 1904 Jasmine Road, Dundalk, MD 21222-5619 |
| 32243580 | + | Home Depot, PO Box 790420, Saint Louis, MO 63179-0420 |
| 32243581 | | J.D. Evans, 3015 N 15th Street, Lynnwood, WA 98046 |
| 32298062 | + | JHHCG Connections, 5901 Holabird Ave., Baltimore, MD 21224-6015 |
| 32243582 | + | James C. Frank, 305 Hilton Avenue, Catonsville, MD 21228-5709 |
| 32243583 | + | Jem Consulting LLC, 10004 Pulaski Hwy, Middle River, MD 21220-1431 |
| 32243584 | + | Jennifer and Raymond DeBarge, 1943 Haselmere Road, Dundalk, MD 21222-4754 |
| 32243585 | + | Jerry Bloyer JR., 6726 Mallard Road, Middle River, MD 21220-1226 |
| 32243587 | + | Jim Evers, 7342 Better Hours Court, Columbia, MD 21045-5234 |
| 32243588 | + | Joe Vans and Sherri Odonnell, 1917 Gough Street, Baltimore, MD 21231-2639 |
| 32243589 | + | Joelle Bastien, 10448 Silvervine Court, Waldorf, MD 20603-3265 |
| 32243590 | + | John & Kimberly Gelse, 1963 Inverton Road, Dundalk, MD 21222-4756 |
| 32243591 | + | John Debere Swooley, 800 Hamstead Street, Baltimore, MD 21218-3535 |
| 32243592 | + | John Sutt, 2402 Sparrows Point Road, Sparrows Point, MD 21219-1712 |
| 32298063 | + | John and Barbara Sweeley, 612 East 34th Street, Baltimore, MD 21218-2903 |
| 32243593 | + | Josefina Cabarea, 8428 Kavanagh Road, Dundalk, MD 21222-5625 |
| 32243594 | + | Joseph Blouin, 13800 Kennard Drive, Glenelg, MD 21737-9746 |
| 32243595 | + | Joseph Kropfeld, 402 E 39th Street, Baltimore, MD 21218-1841 |
| 32243597 | + | Joyce Toatley, 7504 Heatherfield Drive, Windsor Mill, MD 21244-2051 |
| 32243598 | + | K Miller Properties LLC, 1601 18th Street NW, Washington, DC 20009-2529 |
| 32243599 | | Kaptin Koontz, 2110 Garcy Green Palce, Silver Spring, MD 20910 |
| 32243601 | + | Kathleen Haines, 8428 Kavanagh Road, Dundalk, MD 21222-5625 |
| 32298064 | + | Kauffs of Ft. Pierce, 8920 Glades Cutoff Road, Port Saint Lucie, FL 34986-2701 |
| 32243602 | + | Keith White and Tiairra Rice, 5413 Whitlock Road, Baltimore, MD 21229-1021 |
| 32243603 | + | Kelly Williams, 1621 Foxboro Loop, Crystal River, FL 34429-7687 |
| 32243604 | + | Kenneth Cleaver Jr., 1733 Lancaster Street, Baltimore, MD 21231-3412 |
| 32243605 | + | Kevin Jenkins, 1009 Elton Ave #2, Baltimore, MD 21224-3358 |
| 32243606 | + | Khang Doan, 2 Quiet Cove Court, Essex, MD 21221-6084 |
| 32243607 | + | Kim Williams and Brittanie Veney, 3307 Dundalk Ave, Dundalk, MD 21222-5912 |
| 32298047 | + | Kimberly Bisson, 6803 Bessemer Ave, Dundalk, MD 21222-1115 |
| 32243608 | + | Kimberly Bisson, Jack Ryan Terziu, Esquire, 2211 Eastern Blvd, Baltimore, MD 21220-4224 |
| 32243609 | + | Kimberly Neighoff and Roger Russell, 1704 Melbourne, Dundalk, MD 21222-4821 |
| 32243611 | + | Lanwood Trauma Surgeons, po bOX 740776, Cincinnati, OH 45274-0776 |
| 32243612 | + | Latrice Holmes, 215 N Curley Street, Baltimore, MD 21224-1302 |
| 32243613 | + | Laura Mazel, Tribune Tower, 409 13th Street Suite 1800, Oakland, CA 94612-2605 |
| 32243614 | + | Lauren, 8434 Kavanagh Road, Dundalk, MD 21222-5625 |
| 32243615 | + | Lauren Lewis, 1705 Crystsl Ave, Baltimore, MD 21213-3104 |
| 32243616 | + | Laurie Zyna, 28 Pickersgrill Square, Owings Mills, MD 21117-4511 |
| 32298065 | + | Lawnwood Anesthesia Providers LLC, P.O. Box 745851, Atlanta, GA 30374-5851 |
| 32298066 | + | Lawnwood Healthcare Spec, DBA Lawnwood, P.O. Box 100954, Atlanta, GA 30384-0954 |
| 32298067 | + | Lawnwood Regional Medical Center, P.O. Box 402781, Atlanta, GA 30384-2781 |
| 32243618 | + | Lee Martin and Stewart Thorton, 1926 Codd Ave, Dundalk, MD 21222-4706 |
| 32243620 | + | Lydia Haroun, 1155 Court of Fiddlers of, Green Bel Air, MD 21015-5690 |
| 32243632 | + | MB Properties Myers, Benton LLC, 10332 Main Street, Fairfax, VA 22030-2410 |
| 32243621 | + | Maplewood Properties LLC, 1219 Shady Creek Road, Marriottsville, MD 21104-1448 |
| 32243622 | + | Marcus Brown, 817 Lolan Ave, Dundalk, MD 21222-1340 |
| 32243623 | + | Mario & Fumika Urrutia, 1313 E Madison Street, Baltimore, MD 21205-1412 |
| 32243624 | + | Mark Walker, 33 Holcumb Court, Middle River, MD 21220-3637 |
| 32243625 | + | Marlane Wilford, 2211 Firethorn Road, Middle River, MD 21220-4808 |
| 32243626 | + | Marliz Caraballo, 1443 Broening Hywy, Baltimore, MD 21224-5532 |
| 32243627 | + | Martina Reid, 2000 Laqrkhall Road, Dundalk, MD 21222-5605 |
| 32243628 | + | Mary Clare Williams, 33381 West Post Office Rd, Princess Anne, MD 21853-4005 |
| 32243629 | + | Mary Downeys, 3406 Mary Ave, Baltimore, MD 21214-2024 |
| 32243630 | + | Maryland Department of the Envirnmoent, PO Box 23660, Baltimore, MD 21203-5660 |
| 32243631 | + | Mauriac Alapini and Aaron Bell, 616 E. 29th Street, Baltimore, MD 21218-4226 |
| 32243634 | + | Micaela Algner-Jacobs, 1502 Galena Road, Essex, MD 21221-6008 |
| 32243636 | + | Michael & JoAnne Grul, 2107 S. River Rock Drive, Papillion, NE 68046-8039 |
| 32243637 | + | Michael Becker, 3308 Cornwall Road, Dundalk, MD 21222-6031 |
| 32298069 | + | Michael Blimlime, 1313 E. Madison Street, Baltimore, MD 21205-1412 |
| 32243638 | + | Michael Callis, 1009 Elton Ave #1, Baltimore, MD 21224-3358 |
| 32243640 | + | Michael Gethers and Shanell Kearney, 2154 Firethorn Road, Middle River, MD 21220-4807 |
| 32243641 | + | Michael Lazzaro, PO Box 25873, Baltimore, MD 21224-0573 |

District/off: 0416-1 | User: admin | Page 3 of 5
Date Rcvd: Aug 07, 2023 | Form ID: 318 | Total Noticed: 177

| | | |
|---|---|---|
| 32243635 | + | Michael Moody, 461 Crisfield Drive, Abingdon, MD 21009-2060 |
| 32243642 | | Michael Pettit, 25825 Mews Terrace, Fort Howard, MD 21052 |
| 32243643 | + | Michelle Blimlime, 1313 E. Madison Street, Baltimore, MD 21205-1412 |
| 32243644 | + | Mike Brown, 6212 Falkirk Road, Baltimore, MD 21239-1901 |
| 32243648 | + | Noha Porperties, 1607 Babero Avenue, San Jose, CA 95118-1000 |
| 32243649 | + | Old- Golf Street LLC, 5 Longwood Road, Baltimore, MD 21210-2117 |
| 32243650 | + | Papy Abibayabota, 8829 Punnsbury Place, Rosedale, MD 21237-3922 |
| 32243652 | | Patrick Gaines, 7828 Lang Street 1, Dundalk, MD 21222 |
| 32243653 | + | Paul Smith, 8613 Quentin Ave #A, Parkville, MD 21234-3830 |
| 32243654 | | Pitney Bowes, PO Box 981026, Boston, MA 02298-1026 |
| 32243658 | + | Rajesh Chopra, 7819 Wise Avenue, Dundalk, MD 21222-3344 |
| 32243660 | + | Red Brick Properties, P.O Box 38, Baldwin, MD 21013-0038 |
| 32243661 | + | Respectable Management Property, 8510 Sandy Plains Road, Dundalk, MD 21222-5617 |
| 32243663 | + | Richard Kanda, 2610 Liberty Pkywy, Dundalk, MD 21222-4411 |
| 32243664 | + | Richard Ygleslas, 2403 #R Sparrows Point Road, Sparrows Point, MD 21219-1711 |
| 32243665 | + | Robert Bloyer, P.O Box 531, Parkton, MD 21120-0531 |
| 32243666 | | Robert, Mary & Ciare, Williams 33381 West, Post Office Road, Princess Anne, MD 21853 |
| 32243667 | + | Robin Hodge, 3540 Crain Hwy, Bowie, MD 20716-1303 |
| 32243668 | + | Ruben Muriel and Laysa Santana, 2471 Fairway, Dundalk, MD 21222-3805 |
| 32243669 | + | Rubin Saroukhanian, 425 Carters Glen Drive, Nashville, TN 37221-3473 |
| 32243670 | + | Ruth Boyette, 3720 Murrow Street, New Port Richey, FL 34655-2705 |
| 32243671 | + | Sean Doan, c/o Polished Nails;, 1149 Merritt Blvd, Dundalk, MD 21222-1438 |
| 32243672 | + | Selina Su, 1917 Gough Street A-2, Baltimore, MD 21231-2639 |
| 32243673 | + | Seth Deepak M.D., 207 Wise Avenue, Dundalk, MD 21222-4911 |
| 32243674 | + | Shaerman Murry, Angela Carmichael and Rodney, 715 Melville Ave, Baltimore, MD 21218-2554 |
| 32243675 | + | Sharnice Hughes, 2609 N. Hilton, Baltimore, MD 21216-1925 |
| 32298130 | + | Sheilia Vazquez, 1111 Gladway Road, Middle River, MD 21220-1917 |
| 32243676 | + | Sheilia Vazquez, 1704 Melbourne Road, Dundalk, MD 21222-4821 |
| 32298070 | + | Sherri Odonnell, 1917 Gough Street, Baltimore, MD 21231-2639 |
| 32243677 | + | Skip and Lorraine Hayes, 5320 Patterson Road, Baldwin, MD 21013-9360 |
| 32298071 | + | Southern Crane and Wrecker Service, 3636 Phoenix Avenue, Jacksonville, FL 32206-2357 |
| 32243679 | + | Stacy Cassavaugh, Diana Beecher and Keith Reg, 2075 Larkhall Road, Dundalk, MD 21222-5606 |
| 32243680 | + | Stephen T. Youniss, 19 Fontana Ln, Rosedale, MD 21237-4613 |
| 32243681 | + | Sybil Manning, 3222 Auchentoroly Terrace, Baltimore, MD 21217-1949 |
| 32243685 | + | Theresa Reyes, PO Box 42581, Washington, DC 20015-0581 |
| 32243600 | + | Thomas and Crystal Taylor, 1751 Hilltop Ave, Essex, MD 21221-3038 |
| 32243688 | + | Tony Locastro Family Realty, 924 Judge Court East, West River, MD 20778-2001 |
| 32243689 | + | Towanna Decator, 4222 Berger Ave, Baltimore, MD 21206-3647 |
| 32243690 | + | Troy Young, 13710 Baldwin Mill Road, Baldwin, MD 21013-9703 |
| 32243694 | + | Vacant, 108 Patapsco Ave, Dundalk, MD 21222-4247 |
| 32243696 | + | Vacant, 1917 Gough Street A-1, Baltimore, MD 21231-2639 |
| 32243695 | + | Vacant, 1917 Gough Street B-1, Baltimore, MD 21231-2639 |
| 32243692 | + | Vacant, 1504 Chilworth Ave, Middle River, MD 21220-3610 |
| 32243697 | + | Vacant, 336 Grovethorn Road, Middle River, MD 21220-4801 |
| 32243693 | + | Vacant, 2601 E monument Street, 2nd floor, Baltimore, MD 21205-2616 |
| 32243698 | + | Valene Ahmed and Michelle DeVincentz, 54 Whittshire Road, Essex, MD 21221-6932 |
| 32243699 | + | Van Doan, 9807 Harford Road, Parkville, MD 21234-1941 |
| 32243700 | + | Vanzant Group, 2714 Sparrows Point - Storage, Sparrows Point, MD 21219-1343 |
| 32243702 | + | Victoria Beasley, P.O Box 6534, Columbia, MD 21045-6534 |
| 32243705 | + | Wilder Castillo, Vilma Chavez and Dorlian Cas, 8052 Kimberly Road, Dundalk, MD 21222-2601 |
| 32243706 | + | Willaim Ray, 13 Macintosh Court, Middle River, MD 21220-1752 |
| 32243707 | + | William Coles, 13120 Chapel Hills Drive, Fredericksburg, VA 22407-2024 |
| 32243708 | + | William Hillard, 54 Scott Adams Road, Cockeysville, MD 21030-3351 |
| 32298141 | + | William Ray, 13 Macintosh Court, Middle River, MD 21220-1752 |
| 32243709 | + | William Wilson, 38 Riviera Court, Charles Town, WV 25414-4069 |

TOTAL: 160

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 32244249 | Email/Text: bankruptcy@baltimorecountymd.gov | | |
| | | Aug 07 2023 19:10:00 | Deputy County Attorney, Baltimore County Office |

| District/off: 0416-1 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Aug 07, 2023 | Form ID: 318 | Total Noticed: 177 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | of Law, 400 Washington Avenue, 2nd Floor, Towson, MD 21204 |
| 32244246 | | Email/Text: Bankruptcymail@marylandtaxes.gov | Aug 07 2023 19:10:00 | Comptroller of the Treasury, Compliance Division, Room 409, 301 W. Preston Street, Baltimore, MD 21201 |
| 32243559 | + | Email/Text: bankruptcy@credencerm.com | Aug 07 2023 19:11:00 | Credence Resource Management, LLC, PO Box 2090, Southgate, MI 48195-4090 |
| 32243566 | + | Email/Text: PBA_Legal@duvasawko.com | Aug 07 2023 19:11:04 | Emergency Resources Group, PO Box 11349, Daytona Beach, FL 32120-1349 |
| 32243577 | + | Email/Text: tdillon@gulfcoastcollection.com | Aug 07 2023 19:10:00 | Gulf Coast Collection Bureau Inc., PO Box 21239, Sarasota, FL 34276-4239 |
| 32298068 | + | Email/Text: UIBankruptcyNotices.DLLR@maryland.gov | Aug 07 2023 19:11:00 | Maryland Department of Labor, 1100 North Eutaw Street, Baltimore, MD 21201-2226 |
| 32243633 | + | EDI: PARALONMEDCREDT | Aug 07 2023 23:03:00 | Medicredit, PO Box 505600, Saint Louis, MO 63150-5600 |
| 32243656 | + | Email/Text: BankruptcyMail@questdiagnostics.com | Aug 07 2023 19:11:00 | Quest Diagnostics, PO Box 740880, Cincinnati, OH 45274-0880 |
| 32243657 | + | Email/Text: ngisupport@radiusgs.com | Aug 07 2023 19:10:00 | Radius Global Solutions, PO Box 390915, Minneapolis, MN 55439-0911 |
| 32243682 | + | EDI: RMSC.COM | Aug 07 2023 23:02:00 | SYNCB/JCP, PO Box 965005, Orlando, FL 32896-5005 |
| 32243683 | + | EDI: RMSC.COM | Aug 07 2023 23:02:00 | SYNCB/Score Rewards, PO Box 960012, Orlando, FL 32896-0012 |
| 32244248 | + | Email/Text: UIBankruptcyNotices.DLLR@maryland.gov | Aug 07 2023 19:11:00 | State of Maryland DLLR, Division of Unemployment Insurance, 1100 N. Eutaw Street, Room 401, Baltimore, MD 21201-2226 |
| 32244247 | + | Email/Text: Bankruptcy_group@baltimorecity.gov | Aug 07 2023 19:10:00 | Supervisor of Delin. Accts., Abel Wolman Municipal Building, 200 Holliday Street- Room #1 Bankruptcy, Baltimore, MD 21202-6295 |
| 32243703 | + | EDI: WFFC2 | Aug 07 2023 23:02:00 | Wells Fargo Bank NA, P.O Box 6995, Portland, OR 97228-6995 |
| 32312627 | | EDI: WFFC2 | Aug 07 2023 23:02:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 32243704 | + | EDI: WFFC2 | Aug 07 2023 23:02:00 | Wells Fargo Card Services, PO Box 14517, Des Moines, IA 50306-3517 |
| 32243684 | + | EDI: RMSC.COM | Aug 07 2023 23:02:00 | syncb/scorerewards, PO Box 965005, Orlando, FL 32896-5005 |

TOTAL: 17

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 32243550 | | Caressa Gibson, INVALID ADDRESS PROVIDED |
| 32243586 | | Jerry Bloyer Sr., INVALID ADDRESS PROVIDED |
| 32243596 | | Joshua Baker, INVALID ADDRESS PROVIDED |
| 32243610 | | Kyle Fuerst and Matthew Goedeke, INVALID ADDRESS PROVIDED |
| 32243617 | | Lavina Anderson, INVALID ADDRESS PROVIDED |
| 32243619 | | Linda Corwin, INVALID ADDRESS PROVIDED |
| 32243645 | | Nakia Simmons, INVALID ADDRESS PROVIDED |
| 32243651 | | Patricia Parkis, INVALID ADDRESS PROVIDED |
| 32243655 | | Quality Pathology Group Inc., INVALID ADDRESS PROVIDED |
| 32243662 | | Rhonda Holley, INVALID ADDRESS PROVIDED |

District/off: 0416-1 | User: admin | Page 5 of 5
Date Rcvd: Aug 07, 2023 | Form ID: 318 | Total Noticed: 177

| | | |
|---|---|---|
| 32243678 | | Southeast Georgia Health System, INVALID ADDRESS PROVIDED |
| 32243686 | | Theresa Reyes, INVALID ADDRESS PROVIDED |
| 32243701 | | Viacheslav, INVALID ADDRESS PROVIDED |
| cr | *+ | Kimberly Bisson, 6803 Bessemer Avenue, Dundalk, MD 21222-1115 |
| 32243687 | *+ | Thomas and Crystal Taylor, 1751 Hilltop Ave, Essex, MD 21221-3038 |
| 32243540 | ##+ | Alikia Shabazz, 146 Carver Road, Dundalk, MD 21222-6201 |
| 32243542 | ##+ | Anne and Victor Mowrey, 2401 Sparrows Point Road, Sparrows Point, MD 21219-1711 |
| 32243565 | ##+ | Ellen Carter, 2624 Liberty Parkway, Dundalk, MD 21222-4411 |
| 32243639 | ##+ | Michael Carter, 4224 Herrera Court, Randallstown, MD 21133-1220 |
| 32243646 | ##+ | Natalie Fava and Sarah Zuck, 7716 Eastdale Road, Baltimore, MD 21224-2013 |
| 32243647 | ##+ | Nick Norellli, 1421 S. Hanover Street, Baltimore, MD 21230-4438 |
| 32243659 | ##+ | Ratyshia Copeland, 7925 Kavanagh Road, Dundalk, MD 21222-4713 |
| 32243691 | ##+ | Tyrell and Shalinda Payne, 1126 Wedgewood Road, Baltimore, MD 21229-1147 |

TOTAL: 13 Undeliverable, 2 Duplicate, 8 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2023         Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 7, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian A. Cavanaugh | brian.cavanaughlaw@gmail.com  lawofficebrian@netzero.net |
| Jack Ryan Terziu | terziulaw@gmail.com |
| Morgan W. Fisher | trustee@morganfisherlaw.com  MD65@ecfcbis.com,fisher@premierremote.com |

TOTAL: 3

Entered: August 7, 2023
Signed:  August 7, 2023

**SO ORDERED**



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

---

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Deborah Staudt** | Social Security number or ITIN   xxx–xx–7511 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **District of Maryland** | | |
| Case number:   **23–12890 DER**   Chapter:   **7** | | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Deborah Staudt
dba Respectable Property Management

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318 | Order of Discharge | page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---