

**The Very Reverend Monsignor Brother John W. Sweeley, EOSF; OBW; Th.D.**

**Dean, St. Bonaventure College of Franciscan Studies**

**Launceston, Tasmania, Australia**

**U.S. Postal Address**

**612 East 34th Street**

**Baltimore, Maryland, 21218, U.S.A**

**Phone: 410-235-1468**

**Personal Email: jacksweeley@gmail.com**

**St. Bonaventure Email: brotherbonaventurekolbe@gmail.com**

---

9 August 2023

Mr. Mark A. Neal

Clerk of Court

United States Bankruptcy Court for the District of Maryland

101 W. Lombard Street

Baltimore, Maryland 21201

Dear Mr. Neal,

I have been in Australia for the past month and just returned yesterday so I was unaware of this proceeding.

I contacted the tenant who resides at the rental property who holds any mail for me sent to that address because I never received a First Notice to which I needed to reply.

She gave me a notice that was sent to the rental property but had misinformation:

John Debere Swooley

800 Hamstead Street

Baltimore, Maryland, 21218-3535

The misinformation is:

Correct Name: John or Barbara Sweeley

Correct Address: 800 Homestead Street

Enclosed please find the completed form 410.

Sincerely,

*John W. Sweeley*
John W. Sweeley, EOSF; Th.D.